STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-4021 ANTHONY F ROSCITI JR V HANOVER INSURANCE GROUP

Filing Date: 08-01-2006
Case Status: UNASSIGNED

Case Type: DECLARATORY JUDGMENT
Status Date: 08-01-2006

Plaintiff: ANTHONY ROSCITI
ID: @10854278
Attorney: CHRISTOPHER MULHEARN

Plaintiff: SHANNON ROSCITI
ID: @10854279
Attorney: CHRISTOPHER MULHEARN

Defendant: THE HANOVER INSURANCE GROUP
ID: @10854280

Defendant: SOUTH SHORE UTILITY CONTRACTORS INC
ID: @10854281

Defendant: JONHATHAN SAVAGE
ID: @10854282

Defendant: HENRRY ROSCITI
ID: @10854283

Defendant: A.H.R. UTILITY CORPORATION
ID: @10854284

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 08-01-2006 | COMPLAINT FILED | |
| 08-01-2006 | INITIAL FILING FEE | |
| 08-01-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP231077. |
| 08-15-2006 | SUMMONS,PROOF OF SERVICE FILED | FOR HANOVER INSURANCE. |
| 08-17-2006 | PROOF OF SERVICE FILED | SERVED UPON HANOVER INSURANCE GROUP<br>Affiliated: ROSCITI, ANTHONY F |
| 08-22-2006 | STIPULATION FILED | OF ACCEPTANCE OF SERVICE. |
| 08-25-2006 | ANSWER FILED | Affiliated: ROSCITI, HENRRY V |
| 08-25-2006 | ANSWER FILED | Affiliated: A.H.R. UTILITY CORPORATION |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island