UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY F. ROSCITI, JR., et al. | : | |
| v. | : | C.A. No. 06-392T |
| THE HANOVER INSURANCE GROUP, et al. | : | |

**ORDER**

For reasons of judicial economy, the referral in this matter is hereby administratively reassigned from United States Magistrate Judge David L. Martin to United States Magistrate Judge Lincoln D. Almond as it relates to a prior-filed action, Hanover v. Rosciti, C.A. No. 06-276T, which has already been referred to Magistrate Judge Lincoln D. Almond.

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
September 15, 2006