UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY F. ROSCITI, JR.; and<br>SHANNON B. ROSCITI,<br>Plaintiffs<br><br>v.<br><br>THE HANOVER INSURANCE GROUP;<br>SOUTH SHORE UTILITY CONTRACTORS, INC.,<br>by and through its duly appointed Permanent<br>Receiver, Jonathan N. Savage, Esq.; HENRY V.<br>ROSCITI; and A.H.R. UTILITY CORPORATION,<br>Defendants. | **C.A. No. 06-392T**<br><br>(removed from Providence<br>County, RI Superior Court,<br>where it was pending as<br>C. A. No. PB06-4021) |

**MOTION FOR REMAND OF DEFENDANT SOUTH SHORE UTILITY CONTRACTORS, INC. IN RECEIVERSHIP, BY AND THROUGH ITS DULY APPOINTED PERMANENT RECEIVER, JONATHAN N. SAVAGE, ESQ.**

Defendant South Shore Utility Contractors, Inc. in Receivership,[1] by and through Jonathan N. Savage, Esq., its duly appointed Permanent Receiver ("South Shore in Receivership"), hereby objects to the Notice of Removal filed by Defendant The Hanover Insurance Group ("Hanover") in this action[2] and submits this Motion for Remand pursuant to 28 USC §1447.

---

[1] South Shore Utility Contractors, Inc. was petitioned into receivership in the case of *Anthony Rosciti, Jr. v. South Shore Utility Contractors, Inc.*, pending in the Rhode Island State Superior Court in and for Providence County as C.A. No. PB06-2623. Jonathan N. Savage, Esq. was appointed as Temporary Receiver of South Shore Utility Contractors, Inc. on or about May 12, 2006, and thereafter as Permanent Receiver on or about June 5, 2006, by Orders of the Providence County Superior Court that were entered by Associate Justice Michael A. Silverstein. The receivership proceeding is still open and pending.

[2] Even though Hanover has premised its removal on diversity jurisdiction, it failed to secure the unanimous consent to removal of the other Defendants to this action in contravention of 28 USC §1446. *See e.g., Callahan v. Callahan*, 247 F.Supp.2d 935, 940 (S.D. Ohio, 2002)(all defendants who have been served or otherwise properly joined in the action must either join in the removal or file written consent to removal).

As grounds for its Motion to Remand, South Shore in Receivership states that there is not complete diversity of citizenship in this action, inasmuch as the Plaintiffs are Rhode Island residents and all of the Defendants other than Hanover are also Rhode Island residents. South Shore in Receivership submits herewith an accompanying Memorandum of Law that sets forth its specific positions in detail.

WHEREFORE, Defendant South Shore in Receivership respectfully requests that this Court remand this case back to the Rhode Island State Superior Court in and for Providence County and award South Shore in Receivership its reasonable costs and attorneys' fees incurred as a result of Hanover's erroneous removal of this action, pursuant to 28 USC §1447(c).

SOUTH SHORE UTILITY CONTRACTORS, INC. IN RECEIVERSHIP, by and through its duly appointed Permanent Receiver, Jonathan N. Savage, Esq., as Receiver and not individually

By the Receiver's Attorneys,

/s/ Randall L. Souza
Randall L. Souza (#4082)
rsouza@shslawfirm.com
Stephen F. DelSesto (#6336)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400

Dated: September 28, 2006

---

South Shore in Receivership was not asked to consent to Hanover's proffered removal and did not give its consent to any such removal.

## CERTIFICATE OF SERVICE

I, Randall L. Souza, hereby certify that the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants listed below, as identified on the Notice of Electronic Filing (NEF), on this 29th day of September, 2006:

Christopher M. Mulhearn, Esq.
FERRUCCI RUSSO, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Joseph DeAngelis, Esq.
TILLINGHAST LICHT, LLP
10 Weybosset Street
Providence, RI 02903

Kevin C. Cain, Esq.
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110

/s/ Randall L. Souza