UNITED STATES DISICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY F. ROSCITI, JR; and SHANNON B. ROSCITI, | : | |
| Plaintiffs | : | |
| vs. | : | C.A. No.: 06-392/T |
| THE HANOVER INSURANCE GROUP; SOUTH SHORE UTILITY CONTRACTORS, INC., by and through Jonathan N. Savage, Esq., duly appointed Permanent Receiver of South Shore Utility Contractors, Inc.; HENRY V. ROSCITI; And AHR UTILITY CORPORATION, | : | |
| Defendants | : | |

Plaintiffs, Anthony F. Rosciti, Jr. & Shannon B. Rosciti's Motion to Remand

NOW COME Plaintiffs, Anthony F. Rosciti, Jr. and Shannon B. Rosciti (collectively, the "Roscitis"), by and through counsel, pursuant to 28 U.S.C. §1447, and hereby move this Court for the entry of an order remanding the above-entitled action to the Rhode Island Superior Court for Providence County forthwith.

In support of the within motion, the Roscitis submit the accompanying memorandum.

Respectfully submitted,

Anthony F. Rosciti, Jr. & Shannon B. Rosciti

By their Attorneys,

/s/ Christopher M. Mulhearn
W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Date: September 28, 2006

## Certification

I hereby certify that on this 29th day of September, 2006, the foregoing was served upon **Kevin C. Cain, Esq.**, via e-mail @ kcain@peabodyarnold.com; **Joseph DeAngelis, Esq.**, via e-mail @ jdeangelis@tllaw.com; **Jonathan N. Savage, Esq.**, via e-mail @ jsavage@shlawri.com; and **Randall L. Souza, Esq.**, via e-mail @ rsouza@shlawri.com.

/s/ Christopher M. Mulhearn