UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

| | |
|---|---|
| ANTHONY F. ROSCITI, JR.; and SHANNON B. ROSCITI<br>Plaintiffs<br><br>v.<br><br>THE HANOVER INSURANCE GROUP; SOUTH SHORE UTILITY CONTRACTORS, INC., by and through Jonathan N. Savage, Esq., duly appointed Permanent Receiver of South Shore Utility Contractors, Inc.; HENRY V. ROSCITI; and AHR UTILITY CORPORATION,<br>Defendants | CIVIL ACTION NO. 1:06-cv-00392-T |

CONSOLIDATED OBJECTION OF DEFENDANT THE HANOVER INSURANCE GROUP TO THE MOTION FOR REMAND OF DEFENDANT SOUTH SHORE UTILITY CONTRACTORS, INC. BY AND THROUGH ITS DULY APPOINTED PERMANENT RECEIVER, JONATHAN N. SAVAGE, ESQ. AND MOTION FOR REMAND OF PLAINTIFFS ANTHONY F. ROSCITI, JR. AND SHANNON B. ROSCITI

Defendant, The Hanover Insurance Group ("Hanover"), by and through counsel, hereby files its Consolidated Objection to both the Motion for Remand of defendant, South Shore Utility Contractors, Inc., by and through its appointed permanent receiver, Jonathan N. Savage, Esq., and Motion for Remand of plaintiffs, Anthony F. Rosciti, Jr. and Shannon B. Rosciti.

In support of its Consolidated Objection, Hanover submits the accompanying Memorandum of Law.

Respectfully submitted,

THE HANOVER INSURANCE GROUP

By its attorneys,

__*/s/ Kevin C. Cain*___
Kevin C. Cain, #3960
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
[617] 951.2100

**CERTIFICATION OF SERVICE**

I hereby certify that on this 16th day of October, 2006, the foregoing was filed electronically and is available for viewing and downloading from the ECF system.

A copy has also been served upon Jonathan Savage of Shechtman, Halperin, Savage, LLP, Christopher Mulhearn, Ferrucci & Russo, P.C.; and Joseph DeAngelis, Tillinghast Licht, LLP., by first-class, postage pre-paid mail on the same date.

__*/s/ Kevin C. Cain*___
Kevin C. Cain

PABOS2:RRITLAN:647489_1
2114-91630