**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ANTHONY F. ROSCITI, JR.,
et al.,

Plaintiffs,

v. C.A. No. 06-392T

THE HANOVER INSURANCE
GROUP, et al.

Defendants.

**ORDER DENYING MOTIONS FOR REMAND**

For reasons stated in open Court on January 4, 2007, the resident defendants South Shore Utility Contractors, Inc., Henry V. Rosciti, and AHR Utility Corporation are dropped pursuant to Rule 21 of the Federal Rules of Civil Procedure. Diversity of citizenship exists between the remaining parties, therefore the Motions to Remand filed by the Plaintiffs and by South Shore are hereby DENIED.

IT IS SO ORDERED

Ernest C. Torres

Senior Judge Ernest C. Torres
Date: January 4 , 2007