UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HANOVER INSURANCE GROUP,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY F. ROSCITI, JR.; HENRY V. ROSCITI; and A.H.R.UTILITY CORPORATION,<br><br>Defendants | : | C.A. No.: 06-276/T |
| ANTHONY F. ROSCITI, JR.; AND SHANNON B. ROSCITI,<br><br>Plaintiffs<br><br>vs.<br><br>THE HANOVER INSURANCE GROUP; SOUTH SHORE UTILITY CONTRACTORS, INC., by and through Jonathan N. Savage, Esq., duly appointed Permanent Receiver of South Shore Utility Contractors, Inc.; HENRY V. ROSCITI; And AHR UTILITY CORPORATION,<br><br>Defendants | : | C.A. No.: 06-392/T |

**ANTHONY F. ROSCITI, JR'S MOTION TO ENLARGE TIME WITHIN WHICH TO ANSWER PLAINTIFF'S INTERROGATORIES**

NOW COMES Defendant, Anthony F. Rosciti, Jr. ("Rosciti"), by and through counsel, and hereby moves this Court for an order enlarging the time within which Rosciti may answer or otherwise respond to Plaintiff, The Hanover Insurance Group's ("Hanover")

interrogatories propounded upon Rosciti in connection with the above-entitled action, up to, and including, July 30, 2007.

Rosciti submits that, per the prior agreement of the parties, Rosciti has up to, and including, July 18, 2007, within which to answer or otherwise respond to Hanover's interrogatories. Rosciti further submits that neither the discovery closure date nor any other Court-imposed "deadlines" are implicated by the within request. Moreover, no party will be prejudiced should the relief sought herein be granted.

WHEREFORE, Rosciti respectfully prays that this Court enter an order enlarging the time within which he may answer or otherwise respond to Hanover's interrogatories up to, and including, July 30, 2007, and that this Court award to Rosciti such other further relief as this Court may deem fair, just and reasonable.

Respectfully submitted,

Anthony F. Rosciti, Jr.

By his Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
cmulhearn@frlawri.com

Dated: July 18, 2007

**CERTIFICATION**

I hereby certify that on this 18th day of July, 2007, the foregoing was served upon **Ronald E. Ritland, Esq.,** via e-mail @ rritland@peabodyarnold.com; **Kevin C. Cain, Esq.**, via e-mail @ kcain@peabodyarnold.com; **Joseph DeAngelis, Esq.**, via e-mail @ jdeangelis@tllaw.com; **Paul J. Moretti, Esq.**, via e-mail @ pmoretti@tllaw.com; and **John P. Connelly, Esq.**, via e-mail @ jconnelly@peabodyarnold.com.

/s/ Christopher M. Mulhearn