UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE HANOVER INSURANCE GROUP,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY F. ROSCITI, JR.; HENRY V. ROSCITI; and A.H.R.UTILITY CORPORATION,<br><br>Defendants | C.A. No.: 06-276/T |
| ANTHONY F. ROSCITI, JR.; AND SHANNON B. ROSCITI,<br><br>Plaintiffs<br><br>vs.<br><br>THE HANOVER INSURANCE GROUP; SOUTH SHORE UTILITY CONTRACTORS, INC., by and through Jonathan N. Savage, Esq., duly appointed Permanent Receiver of South Shore Utility Contractors, Inc.; HENRY V. ROSCITI; And AHR UTILITY CORPORATION,<br><br>Defendants | C.A. No.: 06-392/T |

**ANTHONY F. ROSCITI, JR'S MOTION TO FURTH ENLARGE TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

NOW COMES Defendant, Anthony F. Rosciti, Jr. ("Rosciti"), by and through counsel, and hereby moves this Court for an order further enlarging the time within which Rosciti may respond to Plaintiff, The Hanover Insurance Group's ("Hanover") request for production of documents directed to Rosciti in connection with the above-entitled action, up to, and including, August 6, 2007.

Rosciti submits that those certain documents and/or items that may be responsive to Hanover's request for production of documents are in the custody, control and/or possession of the Superior Court-appointed Receiver of South Shore Utility Construction, Inc. ("South Shore"). Thus, Rosciti will require some additional time to access the records held by the Receiver, and compile those documents and/or items responsive to Hanover's discovery requests. Moreover, no party will be prejudiced by should the relief sought herein be granted insofar as no Court-imposed discovery "deadlines" will be implicated.

WHEREFORE, Rosciti respectfully prays that this Court enter an order enlarging the time within which he may respond to Hanover's request for production of documents up to, and including, August 6, 2007, and that this Court award to Rosciti such other further relief as this Court may deem fair, just and reasonable.

Respectfully submitted,

Anthony F. Rosciti, Jr.

By his Attorneys,

/s/ Christopher M. Mulhearn____
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
cmulhearn@frlawri.com

Dated: July 30, 2007

**CERTIFICATION**

I hereby certify that on this 30th day of July, 2007, the foregoing was served upon **Ronald E. Ritland, Esq.,** via e-mail @ rritland@peabodyarnold.com; **Kevin C. Cain, Esq.**, via e-mail @ kcain@peabodyarnold.com; **Joseph DeAngelis, Esq.**, via e-mail @ jdeangelis@tllaw.com; **Paul J. Moretti, Esq.**, via e-mail @ pmoretti@tllaw.com; and **John P. Connelly, Esq.**, via e-mail @ jconnelly@peabodyarnold.com.

/s/ Christopher M. Mulhearn