RONALD E. RITLAND
[617] 951.2011
rritland@peabodyarnold.com

September 26, 2007

Christopher M. Mulhearn, Esq.
Ferrucci Russo, P.C.
55 Pine Street
Providence, RI 02903

Re: *The Hanover Insurance Group v. Anthony F. Rosciti, Jr., et al.*
C.A. No.: 1:06-cv-00392

Dear Chris:

Attached please find Hanover's answers to interrogatories and responses to production requests. The documents produced are ready and available in our offices for inspection and review at your convenience. Please call to set up a time for a review of these documents.

In addition, as you know, Hanover served its own interrogatories and requests for production of documents on the Roscitis on May of this year. To date, the Roscitis have not responded. In addition, all extensions that the Roscitis obtained to respond to this discovery have lapsed. Consequently, pursuant to Fed. R. Civ. P. 37(a)(2)(A), please consider this as Hanover's good faith effort to secure disclosure without court action. Unfortunately, if we do not receive the answers to interrogatories and responses to the requests for production of documents by October 5, 2007, we will be forced to file a motion to compel.

Very truly yours,

Ronald E. Ritland

RER/lrc
Enclosures
cc: Paul J. Moretti, Sr., Esq.
668501_1
2114-92646

**EXHIBIT 2**