# FERRUCCI RUSSO P.C.

*COUNSELLORS AT LAW*

Christopher M. Mulhearn
cmulhearn@frlawri.com

June 12, 2007

*Via e-mail & via facsimile*

John P. Connelly, Esq.
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110-3342

*Re:* *The Hanover Insurance Group v. Anthony F. Rosciti, Jr., et al.*
C.A. No.: 06-0276/T

Dear John:

Reference is made to our most recent communication in connection with the above-identified action.

As you may recall, we recently wrote to you requesting an extension or enlargement of time within which Defendant, Anthony F. Rosciti, Jr. may answer or otherwise respond to your client's discovery requests, namely its interrogatories and request for production of documents, respectively, in this matter. Further, we enclosed a proposed form of stipulation enlarging or extending the response time up to, or including, June 18, 2007.

Notwithstanding, we have yet to receive a response to our request. Upon your receipt of this correspondence, please advise as to whether you are so agreeable. We look forward to hearing from you in this regard.

Thank you for your anticipated courtesy, cooperation and prompt attention to this matter.

Sincerely,

Christopher M. Mulhearn

CMM/js
cc: Kevin Cain, Esq. *(via e-mail & via facsimile)*
Joseph P. Ferrucci, Esq. *(via e-mail)*



**EXHIBIT 3**

**PEABODY & ARNOLD LLP**
COUNSELLORS AT LAW

30 ROWES WHARF, BOSTON, MA 02110
[617] 951.2100 FAX [617] 951.2125

BOSTON, MA PROVIDENCE, RI

JOHN P. CONNELLY
[617] 951.2038
jconnelly@peabodyarnold.com

June 11, 2007

Christopher M. Mulhearn, Esquire
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02907

RE: The Hanover Insurance Group v. Anthony F. Rosciti, Jr., et al., United States District Court for the District of Rhode Island, Civil Action No. 06-0276-T-LDA

Dear Chris:

Enclosed herewith is the Stipulation which you asked me to sign. With the time for your client to respond to the discovery requests now extended to July 18, I will need to reschedule your client's deposition which I had noticed for July 23 in order to provide me with sufficient time to review your client's discovery responses. Accordingly, I request that you provide me with some dates after August 1, 2007 when your client and you would be available for the deposition. I look forward to hearing back from you on this as soon as possible. Thank you.

Very truly yours,

John P. Connelly

661330

Enclosure

cc: Paul J. Moretti, Jr., Esquire (with enclosure)
Kevin C. Cain, Esquire (with enclosure)

FERRUCCI RUSSO P.C.

COUNSELLORS AT LAW

Christopher M. Mulhearn
cmulhearn@frlawri.com

June 7, 2007

*Via facsimile & via first-class mail*

John P. Connelly, Esq.
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110-3342

***Re:*** ***The Hanover Insurance Group v. Anthony F. Rosciti, Jr., et al.***
C.A. No.: 06-0276/T

Dear John:

We are in receipt of The Hanover Insurance Group's interrogatories propounded upon, and request for production of documents directed to, Anthony F. Rosciti, Jr., respectively, in connection with the above-identified action.

As you are aware, the responses to these discovery requests are due on or before June 18, 2007. We write in order to request an extension or enlargement of time within which Anthony F. Rosciti, Jr. may answer or otherwise respond to your client's discovery requests up to, and including, July 18th.

Simply put, insofar as many, if not all, of the responsive documents and/or items to your client's request for production of documents are in the custody of the Receiver of South Shore Utility Contractors, Mr. Rosciti will need some additional time within which to endeavor to gather and/or retrieve the same.

Insofar as we presume that this modest request will not be objectionable, we enclose a proposed form of stipulation enlarging the time within which Mr. Rosciti may respond to your client's discovery requests up to, and including, July 18th. Kindly sign the enclosed stipulation, and return the same to us for execution and filing with the United States District Court for the District of Rhode Island. Of course, we will provide you with a copy of the fully executed stipulation for your files.

Should our request present any problems, or if the same is not agreeable, we would ask that you immediately contact us to discuss this matter.

Thank you for your anticipated courtesy, cooperation and prompt attention to this matter.

Sincerely,

Christopher M. Mulhearn

CMM/js
Enclosure
cc: Kevin Cain, Esq. *(w/encl.) (via facsimile & via first class mail)*
Joseph P. Ferrucci *(w/o encl.) (via e-mail)*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE HANOVER INSURANCE GROUP,

Plaintiff

vs. C.A. No.: 06-276/T

ANTHONY F. ROSCITI, JR.; HENRY V. ROSCITI;
and A.H.R.UTILITY CORPORATION,

Defendants

STIPULATION

BY AGREEMENT OF THE PARTIES HERETO, Defendant, Anthony F. Rosciti, Jr., ("A. Rosciti") shall have up to, and including, Wednesday, July 18, 2007, within which to answer or otherwise respond to Plaintiff, The Hanover Insurance Group's ("Hanover") interrogatories and requests for production of documents, respectively, served in connection with the above-entitled action.

Agreed, Consented & Stipulated To:

The Hanover Insurance Group

By its Attorneys,

Kevin C. Cain (#3960)
John P. Connelly, *pro hac vice*
**Peabody & Arnold, LLP**
30 Rowes Wharf
Boston, MA 02110
Tel. (617) 951-2100
Fax: (617) 951-2125

Anthony F. Rosciti, Jr.

By his Attorneys,

Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778