UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

| | |
|---|---|
| THE HANOVER INSURANCE GROUP<br>Plaintiff<br><br>v.<br><br>ANTHONY F. ROSCITI, JR., SHANNON B. ROSCITI, HENRY V. ROSCITI, JR. and AHR UTILITY CORPORATION<br>Defendants | CIVIL ACTION NO. 1:06-cv-00276-T-LDA |

**MOTION FOR ATTORNEY FEES BY HANOVER INSURANCE GROUP**

The Plaintiff, Hanover Insurance Group ("Hanover") by and through counsel, hereby submits its motion for attorney fees pursuant to the Order of Magistrate Lincoln Almond, dated November 6, 2007.

By his order of November 6, 2007, Magistrate Almond granted Hanover's motion to compel answers to interrogatories and responses to requests for production of documents, which Hanover had served on Defendants, Anthony F. Rosciti, Jr., and Shannon B. Rosciti ("Roscitis") on or about May 17, 2007. As part of his order, Magistrate Almond instructed Hanover to file any motion for attorney fees by November 6, 2007. Hanover files its motion for attorney fees pursuant to L.R. Cv. 54.1.

Pursuant to L.R. Cv. 54.1(b) and in support of its motion for attorney fees, Hanover files an affidavit of its counsel, attached hereto as Exhibit 1. Hanover also supports its motion by filing an affidavit from a disinterested attorney admitted to practice in Rhode Island concerning reasonableness of hourly rates. This affidavit is attached hereto as Exhibit 2.

WHEREFORE, the Plaintiff Hanover respectfully requests that this Honorable Court grant its motion for attorney fees in this matter in the amount of $977.25.

Respectfully submitted,

THE HANOVER INSURANCE GROUP,

By its attorneys,

/s/ Ronald E. Ritland
Ronald E. Ritland, Esq. (*pro hac vice*)
Kevin C. Cain, Esq. (#3960)
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

DATED: November 19, 2007

**CERTIFICATION**

I, Ronald E. Ritland, hereby certify that I caused to be served by electronic means (ECF) a copy of the within document on the 19th of November, 2007 to the following:

Paul J. Moretti, Sr.
pmoretti@tllaw.com

Christopher M. Mulhearn
cmulhearn@frlawri.com

/s/Ronald E. Ritland
Ronald E. Ritland (*pro hac vice*)

672041_1
2114-92646