UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE HANOVER INSURANCE GROUP<br>Plaintiff<br><br>v.<br><br>ANTHONY F. ROSCITI, JR., SHANNON B. ROSCITI, HENRY V. ROSCITI, JR. and AHR UTILITY CORPORATION<br>Defendants | CIVIL ACTION NO. 1:06-cv-00276-T-LDA |

**AFFIDAVIT OF THOMAS C. PLUNKETT IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES**

I, Thomas C. Plunkett, hereby depose and state as follows:

1. I am an attorney in good standing who is licensed to practice in the state of Rhode Island, presently practicing at the firm of Kiernan, Plunkett & Redihan, The Remington Building, 91 Friendship Street, Providence, Rhode Island 02903.

2. I have no personal or professional interest in the above matter. Further neither I nor my law firm have no involvement in this matter. I am, however, experienced in handling similar cases and am familiar with the usual and customary charges by attorneys in the Rhode Island community who have comparable experience in similar cases.

3. In light of my experience and knowledge, I believe that the $250 hourly rate charged in this matter by the attorney for Hanover is in a range of fees that are reasonable and customary

given the relative experience of the attorney and specialized nature of the area of law involved.

SIGNED UNDER THE PAINS AND PENALYT OF PERJURY THIS 14TH DAY OF NOVEMBER 2007.

Thomas C. Plunkett

STATE OF RHODE ISLAND

Providence County, ss. November 14, 2007

On this date, before me, personally appeared Thomas C. Plunkett, proven to me through satisfactory evidence of identification (which was: personal acquaintance) to be the person who signed the foregoing instrument.

Notary Public
My Commission Expires: June 15, 2011

672060_1
2114-92646

EXHIBIT 2