UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

| | |
|---|---|
| THE HANOVER INSURANCE GROUP<br>Plaintiff<br><br>v.<br><br>ANTHONY F. ROSCITI, JR., SHANNON B. ROSCITI, HENRY V. ROSCITI, JR. and AHR UTILITY CORPORATION<br>Defendants | CIVIL ACTION NO. 1:06-cv-00276-T-LDA |

**MOTION TO MODIFY SCHEDULING ORDER**

The Plaintiff, Hanover Insurance Group ("Hanover") moves the Court to modify the Scheduling Order for this case by extending the deadlines for completing discovery by 90 days, or until April 14, 2008, and for filing a motion for summary judgment until 20 days after April 14, 2008, or until May 4, 2008.

In support of this motion, Hanover states as follows:

1. Pursuant to the Scheduling Order, the current discovery Closure Date in this matter is January 15, 2008 and the deadline for filing motions for summary judgment is 20 days from that date, or February 14, 2008.

2. The parties have not completed any significant discovery in this matter. Hanover filed its first set of interrogatories and request for admissions on May 17, 2007 against Defendant Anthony F. Rosciti, Jr. ("Rosciti"). Defendant Rosciti did not respond to the discovery until after Hanover filed a motion to compel and, on the bases of the motion to compel, this Court ordered Defendant Rosciti to file his discovery responses by November 20, 2007. Consequently,

Hanover has been unable to proceed with any additional discovery while it waited six months for Defendant Rosciti to file his responses to Hanover's initial discovery.

3. Hanover has since served Defendant Rosciti and Co-Defendant Shannon B. Rosciti (collectively as "Roscitis") with additional discovery on December 11, 2007. In addition, Hanover has not had an opportunity to depose the Roscitis. Hanover has forwarded notices of deposition to Roscitis counsel. However, Roscitis counsel has not yet made his clients available for deposition.

4. In addition, Defendants Henry V. Rosciti, Jr. ("Henry Rosciti") and AHR Utility Corporation ("AHR") have only recently filed their Amended Answer to Hanover's complaint. The Amended Answer radically changed the defenses propounded by Henry Rosciti and AHR. Consequently, no discovery has yet occurred there and Hanover has recently filed a set of requests for admissions and interrogatories with counsel for Henry Rosciti and AHR. That discovery was filed on December 11, 2007.

Accordingly, Hanover respectfully requests that the Court modify the Scheduling Order for this case by extending the deadlines for completing discovery to April 14, 2008 and for filing motions for summary judgment to 20 days from that date, or April 4, 2008.

Respectfully submitted,

THE HANOVER INSURANCE GROUP,

By its attorneys,

/s/ Ronald E. Ritland
Ronald E. Ritland, Esq. (*pro hac vice*)
Kevin C. Cain, Esq. (#3960)
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100

DATED: December 17, 2007

**CERTIFICATION**

I, Ronald E. Ritland, hereby certify that I caused to be served by electronic means (ECF) a copy of the within document on the 17th of December, 2007 to the following:

Paul J. Moretti, Sr.
pmoretti@tllaw.com

Christopher M. Mulhearn
cmulhearn@frlawri.com

/s/Ronald E. Ritland
Ronald E. Ritland (*pro hac vice*)

673878_1
2114-92646