UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HANOVER INSURANCE GROUP,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY F. ROSCITI, JR.; SHANNON B. ROSCITI; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION,<br><br>Defendants | : | C.A. No.: 06-276/T |

**ANTHONY F. ROSCITI, JR. & SHANNON B. ROSCITI'S MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL MORE COMPLETE ANSWER PLAINTIFF'S INTERROGATORIES AND TO DETERMINE SUFFICIENCY OF RESPONSES TO REQUESTS FOR ADMISSIONS**

NOW COME Defendants, Anthony F. Rosciti, Jr. and Shannon B. Rosciti (collectively the "Roscitis"), by and through counsel, and hereby move this Court for an order enlarging the time within which the Roscitis may object or otherwise respond to Plaintiff, The Hanover Insurance Group's ("Hanover") motion to provide more complete answers to Hanover's interrogatories and to determine sufficiency of responses to Hanover's requests for admissions up to, and including, Wednesday, March 12, 2008.

In support of the within request, the Roscitis respectfully submit that no prejudice will inure to the detriment of any party hereto should the requested relief be granted.

WHEREFORE, the Roscitis respectfully pray that this Court enter an order enlarging the time within which the Roscitis may object or otherwise respond to Hanover's

motion to provide more complete answers to interrogatories and to determine the sufficiency of responses to requests for admissions up to, and including, March 12, 2008.

Respectfully submitted,

Anthony F. Rosciti, Jr. and
Shannon B. Rosciti

By his Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
cmulhearn@frlawri.com

Dated: March 11, 2008

## CERTIFICATION

I hereby certify that on this 11th day of March, 2008, the foregoing was served upon **Ronald E. Ritland, Esq.,** via e-mail @ rritland@peabodyarnold.com; **Kevin C. Cain, Esq.**, via e-mail @ kcain@peabodyarnold.com; **Joseph DeAngelis, Esq.**, via e-mail @ jdeangelis@tllaw.com; **Paul J. Moretti, Esq.**, via e-mail @ pmoretti@tllaw.com; and **John P. Connelly, Esq.**, via e-mail @ jconnelly@peabodyarnold.com.

/s/ Christopher M. Mulhearn