**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

THE HANOVER INSURANCE GROUP,
Plaintiff,

v.

CIVIL ACTION
NO. 1: 06-cv-0276-T-LDA

ANTHONY F. ROSCITI, JR., SHANNON B. ROSCITI, HENRY V. ROSCITI, JR. and AHR UTILITY CORPORATION,
Defendants.

**MOTION OF HENRY ROSCITI AND AHR TO EXTEND TIME TO RESPOND TO PLANITIFF'S MOTION TO COMPEL**

NOW COMES Henry V. Rosciti, Jr. and AHR Utility Corporation, (collectively "Defendants" herein), through the undersigned counsel, and hereby move this Honorable Court for an Order extending the time within which the Defendants may object or otherwise respond to the Motion to Compel more responsive answers to Plaintiff's Interrogatories and Requests for Admissions and to determine the sufficiency of those responses, up to and including Friday March 14, 2008.

In support of their Motion, Defendants respectfully submit that none of the parties hereto will suffer any prejudice as a result of this request should this Motion be granted.

WHEREFORE, Defendants pray that this Honorable Court grant their Motion to Extend time to respond to Hanover's Motion to Compel up to and including March 14, 2008.

Respectfully Submitted,
HENRY V. ROSCITI JR. and AHR,
Defendants

By their Counsel:

/s/ *Paul J. Moretti Sr.*
Paul J. Moretti Sr., Esq. (#7433)
Tillinghast Licht, LLP

10 Weybosset St.
Providence, Rhode Island 02903
401-456-1200 (Office)
401-456-1210 (Fax)
pmoretti@tllaw.com

**Certificate of Service**

I certify that all parties have consented that all papers required to be served were served electronically on Mach 12, 2008, on the following parties:

Kevin C. Cain, Esq. - kcain@peabodyarnold.com
John P. Connelly, Esq. - jconnelly@peabodyarnold.com
Ronald Ritland, Esq. - rritland@peabodyarnold.com
Christopher Mulhearn, Esq. - cmulhearn@frlawri.com

and by First Class Mail to the following:

Jonathan Savage, Esq.
Schechtman, Halperin Savage, LLP
1080 Main St.
Pawtucket, RI 02860

/s/ *Paul J. Moretti Sr.*

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;459131;1