UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

| | |
|---|---|
| THE HANOVER INSURANCE GROUP<br>Plaintiff<br><br>v.<br><br>ANTHONY F. ROSCITI, JR., SHANNON B. ROSCITI, HENRY V. ROSCITI, JR. and AHR UTILITY CORPORATION<br>Defendants | CIVIL ACTION NO. 1:06-cv-00276-T-LDA |

**MOTION FOR PROTECTIVE ORDER AND FOR ORDER QUASHING SUBPOENA**

Pursuant to Fed. R. Civ. P. 26(c), 45(c)(3), and the Court's inherent authority to regulate matters before it, the plaintiff, Hanover Insurance Group ("Hanover"), hereby moves for a protective order to prevent the defendants, Anthony R. Rosciti, Jr. and Shannon B. Rosciti ("Roscitis"), from deposing Hanover's lead trial counsel in this action, Ronald E. Ritland, and quashing the subpoena issued.

In support of the Motion, Hanover relies on the Exhibits A through E, including Affidavits of Ronald Ritland and Joseph Quinn, and the accompanying memorandum of law.

Respectfully submitted,

THE HANOVER INSURANCE GROUP,

By its attorneys,

/s/ Kevin C. Cain
Kevin C. Cain, Esq. (#3960)
Ronald E. Ritland, Esq. (*pro hac vice*)
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue

Boston, MA 02210
(617) 951-2100

DATED: April 11, 2008

**CERTIFICATION**

I, Ronald E. Ritland, hereby certify that I caused to be served by electronic means (ECF) a copy of the within document on the 11th of April, 2008 to the following:

Paul J. Moretti, Sr.
pmoretti@tllaw.com

Christopher M. Mulhearn
cmulhearn@frlawri.com

/s/Kevin C. Cain
Kevin C. Cain

680495_1
2114-92646