**Ronald E. Ritland**

---

**From:** Ronald E. Ritland
**Sent:** Monday, April 07, 2008 2:42 PM
**To:** 'Christopher Mulhearn, Esq.'
**Cc:** 'pmoretti@tllaw.com'; John P. Connelly
**Subject:** RE: The Hanover Insurance Group vs. Anthony F. Rosciti, Jr., et al, C.A. No.: 06-276T

Chris-

Per our discussion today, Hanover will seek a protective order and to quash the subpoena concerning this deposition. We discussed the reasoning on both sides for seeking the deposition and seeking the protective order. It is Hanover's position that I am not a fact witness to this suit, appearing solely as attorney in this matter for Hanover. As such, it is inappropriate to note my deposition as it only serves as a form of harrassment of Hanover and seeks disclosure of privileged communications between attorney and client. Hanover asks that you respond immediately by withdrawing the deposition notice and subpoena. Otherwise, Hanover will have no other choice than to seek the protective order and quash the subpoena, and its costs and fees in seeking this relief.

I plan to file Hanover's motion by this Friday unless I hear from you that the notice and subpoena have been withdrawn. While this matter awaits determination by the court, this will confirm you will not seek to enforce any real or perceived rights concerning the notice or subpoena. If that does not conform with your understanding, please immediately advise and Hanover will seek emergency protection from the court.

Ronald E. Ritland, Esq.
Peabody and Arnold, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Phone: 617-951-2011
Fax: 617-235-3570

---

**From:** Christopher Mulhearn, Esq. [mailto:cmulhearn@frlawri.com]
**Sent:** Monday, April 07, 2008 9:25 AM
**To:** Ronald E. Ritland
**Cc:** pmoretti@tllaw.com
**Subject:** The Hanover Insurance Group vs. Anthony F. Rosciti, Jr., et al, C.A. No.: 06-276T

Dear Ron:

In reviewing the discovery adduced in this matter to date, and, more particularly, the transcripts in connection with the depositions given thus far, it has become clear that you are a fact witness in this case. Simply put, by all accounts, you were the "point person" for The Hanover Insurance Group in its discussions, negotiations and/or direction to the project owners relative to the so-called Pawtucket Project and Amtrak Project, respectively.

As such, it would appear that your deposition is necessary at this time. To that end, we attach a subpoena commanding your appearance for deposition in this matter.

Should you wish to discuss this matter further, we would certainly be glad to do so. Please feel free to contact us at your earliest convenience.

Ferrucci Russo P.C.

**EXHIBIT B**

**Counsellors at Law**

***Christopher M. Mulhearn***
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778
cmulhearn@frlawri.com

This e-mail message is subject to attorney-client privilege and contains information intended only for the person(s) named above. If you receive this transmission in error, please notify us immediately. Destroy the original message and all copies.