AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

The Hanover Insurance Group
plaintiff

APPEARANCE

v.

Anthony F. Rosciti Jr, et al

CASE NUMBER: 1:06-cv-00276-T-LDA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, The Hanover Insurance Group

I certify that I am admitted to practice in this court.

April 14, 2008
*Date*

[signature]
*Signature*

Frederick E. Connelly Jr. — 6772
*Print Name* — *Bar Number*

Peabody & Arnold, 601 Atlantic Ave
*Address*

Boston — MA — 02186
*City* — *State* — *Zip Code*

617 · 951 · 2100 — 617 · 951 · 2125
*Phone Number* — *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.