UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HANOVER INSURANCE GROUP, Plaintiff | : | |
| vs. | : | C.A. No.: 06-276/T |
| ANTHONY F. ROSCITI, JR.; SHANNON B. ROSCITI; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION, Defendants | : | |

**ANTHONY F. ROSCITI, JR. AND SHANNON B. ROSCITI'S OBJECTION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND FOR ORDER QUASHING SUBPOENA**

NOW COME Defendants, Anthony F. Rosciti, Jr. and Shannon B. Rosciti (collectively, the "Roscitis"), and each of them, by and through counsel, and hereby object to Plaintiff, The Hanover Insurance Group's ("Hanover") motion for protective order and for order quashing subpoena in connection with the above-identified action.

In support of the within objection, the Roscitis submit the accompanying memorandum.

Respectfully submitted,

Anthony F. Rosciti, Jr. and
Shannon B. Rosciti

By their Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
cmulhearn@frlawri.com

Dated: April 30, 2008

## CERTIFICATION

I hereby certify that on this 30th day of April, 2008, the foregoing was served upon **Ronald E. Ritland, Esq.,** via e-mail @ rritland@peabodyarnold.com; **Kevin C. Cain, Esq.**, via e-mail @ kcain@peabodyarnold.com; and **Joseph DeAngelis, Esq.**, via e-mail @ jdeangelis@tllaw.com.

/s/ Christopher M. Mulhearn