UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

| | |
|---|---|
| THE HANOVER INSURANCE GROUP<br>Plaintiff<br><br>v.<br><br>ANTHONY F. ROSCITI, JR., SHANNON B. ROSCITI, HENRY V. ROSCITI, JR. and AHR UTILITY CORPORATION<br>Defendants | CIVIL ACTION NO. 1:06-cv-00276-T-LDA |

**MOTION TO COMPEL AND FOR AN ORDER UNDER FED. R. CIV. P. 37(b)(2)(A)**

Pursuant to Fed. R. Civ. P. 37, Plaintiff Hanover Insurance Group ("Hanover") hereby moves to compel Defendants Henry V. Rosciti, Jr. and AHR Utility Corporation ("Rosciti/AHR") to respond to Hanover's Requests for Admission and accompanying Interrogatories and for an Order pursuant to Fed. R. Civ. P. 37(b)(2)(A).

Hanover originally filed its Motion to Compel on February 25, 2008 seeking fuller disclosure to Requests for Admission and Interrogatories that Hanover had served on Rosciti/AHR on December 11, 2007. On April 15, 2008, this Court ordered Rosciti/AHR to respond to Hanover's Requests for Admissions 8 and 9 and accompanying Interrogatories within 20 days of the entry of its Order. Accordingly, response was due by May 5, 2008. Rosciti/AHR have failed/refused to respond, despite further request by Hanover to Rosciti/AHR's counsel on May 5, 2008 that they do so. (Exhibit 1).

Pursuant to Fed R. Civ. P. 37(b)(2)(A), Hanover requests that these Requests for Admission be deemed admitted, and, pursuant to Fed. R. Civ. P. 37(a)(5)(C) and 37(b)(2)(C),

Hanover requests an award of attorney fees and costs both for bringing this motion as well as for bringing the February 25, 2008 motion.

Respectfully submitted,

THE HANOVER INSURANCE GROUP,

By its attorneys,

/s/ Ronald E. Ritland
Kevin C. Cain, Esq. (#3960)
Ronald E. Ritland, Esq. (*pro hac vice*)
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100

DATED: May 9, 2008

**CERTIFICATION**

I, Ronald E. Ritland, hereby certify that I caused to be served by electronic means (ECF) a copy of the within document on the 9th of May, 2008 to the following:

Paul J. Moretti, Sr.
pmoretti@tllaw.com

Joseph DeAngelis
jdeangelis@tllaw.com

Christopher M. Mulhearn
cmulhearn@frlawri.com

/s/Ronald E. Ritland
Ronald E. Ritland

682098_1
2114-92646