**Ronald E. Ritland**

**From:** Ronald E. Ritland
**Sent:** Tuesday, May 06, 2008 8:56 AM
**To:** 'jdeangelis@tllaw.com'
**Subject:** Responses to Requests for Admission

Mr. DeAngelis-

Per the court's order of April 15, 2008, your clients' responses to the Requests for Admission and Interrogatories of Hanover were due May 5, 2008. Please provide your clients' supplementary responses as ordered by the court by Thursday, May, 8, 2008, or Hanover will be forced to file, once again, a motion to compel. It will seek its attorney fees and costs also.

Ronald E. Ritland, Esq.
Peabody and Arnold, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Phone: 617-951-2011
Fax: 617-235-3570