Quinn Affidavit
EXHIBIT 3

## APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702 — PAGE ONE OF 1 PAGES 2

TO OWNER:
Earth Tech, Inc.
Field Office 85 Branch Street
Pawtucket, RI 02860

PROJECT: Pawtucket Water Treatment Facility
PACKAGE NO. 2
SSU# 4275

APPLICATION NO: 2
PERIOD TO: 07/29/05
PROJECT NOS:
CONTRACT DATE:

Distribution to:
- [x] OWNER
- [ ] ENGINEER
- [ ] CONTRACTOR

FROM CONTRACTOR:
South Shore Utility Contractors, Inc.
P.O. Box 19610
Johnston, RI 02919
CONTRACT FOR:

COST CODE: 69993-52.01.02220 — 210,000
69993.52.01.02360 — 694,650

received 7/25/05

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM — $ 1,358,813.00
2. CHANGE ORDERS — $ 0.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) — $ 1,358,813.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) — $ 1,175,050.00
5. RETAINAGE:
   a. 10 % of Completed Work (Column D + E on G703) — $ 117,505.00
   b. ____ % of Stored Material (Column F on G703) — $
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) — $ 117,505.00
6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) — $ 1,057,545.00
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) — $ 243,360.00
8. CURRENT PAYMENT DUE — $ 814,185.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) — $ 301,268.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:
South Shore Utility Contractors, Inc.

By: Regina Vitolato Date: July 29, 2005

State of: RHODE ISLAND County of: PROVIDENCE
Subscribed and sworn to before me this 29TH day of JULY
Notary Public: [signature]
My Commission expires: 2-14-07

## ENGINEER'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......... $ 814,185 00/100

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and onthe Continuation Sheet that are changed to conform with the amount certified.)*

ENGINEER

By: [signature] Date: 07/26/05

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA® · © 1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

## AIA DOCUMENT G703

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 2
APPLICATION DATE: 7/15/05
PERIOD TO: 7/29/05
ENGINEER'S PROJECT NO:

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK<br>**Pawtucket Water Treatment Facility**<br>Package 2 | SCHEDULED VALUE | WORK COMPLETED<br>FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED<br>THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | Mobilization | $ 35,000.00 | $35,000.00 | $0.00 | $0.00 | $35,000.00 | 100.00% | $ - | $3,500.00 |
| 2 | Permits | $ 5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $ 5,000.00 | $0.00 |
| 3 | Layout | $ 25,000.00 | $5,000.00 | $10,000.00 | $0.00 | $15,000.00 | 60.00% | $ 10,000.00 | $1,500.00 |
| 4 | 24" Pipe Installation | $ 120,000.00 | $120,000.00 | $0.00 | $0.00 | $120,000.00 | 100.00% | $ - | $12,000.00 |
| 5 | 24" Tie Ins | $ 52,000.00 | $52,000.00 | $0.00 | $0.00 | $52,000.00 | 100.00% | $ - | $5,200.00 |
| 6 | Testing & Chlorinating | $ 10,000.00 | $10,000.00 | $0.00 | $0.00 | $10,000.00 | 100.00% | $ - | $1,000.00 |
| 7 | Earth Excavation | $ 338,663.00 | $48,400.00 | $200,000.00 | $0.00 | $248,400.00 | 73.35% | $ 90,263.00 | $24,840.00 |
| 8 | Soil Nailing | $ 694,650.00 | $0.00 | $694,650.00 | $0.00 | $694,650.00 | 100.00% | $ - | $69,465.00 |
| 9 | 6" Under Drain | $ 30,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $ 30,000.00 | $0.00 |
| 10 | 3/4" Stone | $ 18,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $ 18,000.00 | $0.00 |
| 11 | Sub Base Compaction | $ 25,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $ 25,000.00 | $0.00 |
| 12 | Traffic Control | $ 5,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $ 5,500.00 | $0.00 |
| 13 | Boulder Removal (Unit Price) | $ 25.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $ 25.00 | $0.00 |
| 14 | Ledge Removal (Unit Price) | $ 125.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $ 125.00 | $0.00 |
| | GRAND TOTALS | $ 1,358,813.00 | $270,400.00 | $904,650.00 | $0.00 | $1,175,050.00 | 86.48% | $ 183,763.00 | $117,505.00 |

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

Lien Waiver

## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT
**for Subcontractors**

Upon receipt by the undersigned of a check from EARTH TECH, INC.
(Purchaser)
in the sum of $ 814,185.00 payable to SOUTH SHORE UTILITY CONTRACTORS, INC.
(Amount of Check) (Subcontractor)
and when the check has been properly endorsed and has been paid by the bank upon which it is drawn, this document shall become effective to release pro tanto any mechanic's lien, stop notice or bond right the undersigned has on the job of SITE/UTILITY CONTRACTOR PACKAGE 2
(Subcontract Title)
for PAWTUCKET WATER TREATMENT FACILITY for PAWTUCKET WATER SUPPLY BOARD
(Project Name) (Owner)
located at 85 BRANCH STREET, PAWTUCKET, RI 02860 to the following extent:
(Project Address)

This release covers a progress payment for labor, services, equipment or materials furnished to SOUTH SHORE UTILITY CONTRACTORS, INC through 7/29/05 only and does not
(Purchaser) (Date)
cover any retentions retained before or after the release date; extras furnished before the release date for which payment has not been received; or extras or items furnished after the release date. Rights based upon work performed or items furnished under a written change order which has been fully executed by the parties prior to the release date are covered by this release unless specifically reserved by the claimant in this release. This release of any mechanic's lien, stop notice, or bond right shall not otherwise affect the contract rights, including rights between parties to the contract based upon a recision, abandonment, or breach of the contract, or the right of the undersigned to recover compensation for furnished labor, services, equipment, or material covered by this release if that furnished labor, services, equipment or material was not compensated by the progress payment. Before any recipient of this document relies on it, said party should verify evidence of payment to the undersigned.

Subcontractor certifies that it has complied with, but not limited to, federal, state and local tax laws, wage laws or contract, Social Security laws, Unemployment Compensation laws and Workmen's Compensation laws insofar is applicable to this Subcontract. Subcontractor will defend, hold harmless and indemnify Contractor for any lien claims or other claims arising from the Work. Nothing herein nor payment by Contractor modifies or releases claims Contractor has at law or by contract.

Dated: ______________________ ______________________
(Subcontractor)
By: SOUTH SHORE UTILITY CONTRACTORS, INC.

Name:

Title:

[redacted]

3

# EARTH TECH, INC.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

EarthTech
A Tyco International Ltd Company
Villa Park III
7870 Villa Park Drive
Suite 400
Richmond, VA 23228

MELLON BANK, N.A.
PITTSBURGH, PA 15259

60-160
433

10-AUG-2005

CHECK # 164891

PAY ONLY: Seven Hundred Ninety-Seven Thousand Nine Hundred One Dollars And 30 Cents****************

T3966 P06 0610314254

797901.30

PAY TO THE ORDER OF:
SOUTH SHORE UTILITY CONTRACTORS INC
P. O. BOX 19610
JOHNSTON, RI 02919

TWO SIGNATURES REQUIRED OVER $10 000 00

⑈164891⑈ ⑆043301601⑆ 020⑈33939⑈ ⑈0079790130⑈

0810469334
RC=0845 PK=16
005
0001-5
957 TRC=3966 PK=08
0610314254

CITIZENS 1027/91/142/012
RIVERSIDE RI 08112005
011500120
1400531243

043000261
2598-001 06122005
0300800255

ENDORSE HERE
SOUTH SHORE UTILITY CONTRACTORS INC
FOR DEPOSIT ONLY

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

| | | | |
|---|---|---|---|
| Account Number | 00000000203393 | Issue Date | 08/10/2005 |
| Serial Number | 0000164891 | Paid Date | 08/12/2005 |
| Item Seq Number | 0300800255 | Process Control | 000000 |
| Amount | $797901.30 | Routing | 0004330160 |

Pkg #2 App #2 x 0.98

Wed May 24 09:01:02 EDT 2006

PLAINTIFF'S EXHIBIT
1-W
6/25/06 DMCD