PEABODY & ARNOLD LLP
COUNSELLORS AT LAW

30 ROWES WHARF, BOSTON, MA 02110
[617] 951.2100 FAX [617] 951.2125

BOSTON, MA PROVIDENCE, RI

RONALD E. RITLAND
[617] 951.2011
rritland@peabodyarnold.com

March 21, 2006

**VIA FACSIMILE**
**and REGULAR MAIL**

Paul Delong
Project Contract Managers / Earth Tech, Inc.
Field Office: Pawtucket Regional Water Treatment Facility
85 Branch Street
Pawtucket, RI 02860

Re: Principal: South Shore Utility Contractors, Inc.
Overall Project: Pawtucket Waste Water Treatment Facility

Phases:

| Package Numbers | Bond Number |
|---|---|
| 2 | 1742233 |
| 16 | 1742236 |
| 8 | 1746082 |
| 11, 12 | 1746081 |
| 2A | 1742235 |

**NOTICE**

Dear Mr. Delong:

As you are aware, The Hanover Insurance Group ("Hanover") provided the payment and performance bonds listed above for South Shore Utility Contractors, Inc. ("South Shore") with regard to the different phases listed by package number on the above project. Please be advised that this office represents Hanover in this matter. It is our understanding that South Shore has yet not made payment to G. Donaldson Construction Company totaling $536,000 as of the present date under the Phase designated as "Package 2." In addition, Hanover also has received notice of claim from Vellano Bros., Inc. on one of the above bonded projects. We are attempting to communicate with the appropriate representatives of South Shore to investigate the facts concerning this matter.

Quinn Affidavit
EXHIBIT 7

On behalf of Hanover, we demand that you release no further funds under any of the above referenced contracts without the prior, written consent and direction of Hanover. We make this demand on the basis of and to protect the surety's rights of subrogation and to enable the surety to protect its interests under its bonds furnished for this project. Please note that any failure or refusal to observe this demand may be prejudicial to the surety and result in serious legal consequences to your company.

If you have any questions with regard to this notice, please contact the undersigned as soon as possible. We will be contacting you shortly to discuss this matter further as our investigation proceeds.

In the meantime, if you would, please give us a brief status of each project and indicate, for each project, the original contract price, all approved change orders, all pending change orders, all payments made under the contract and any pending payments.

I look forward to your cooperation in this matter. Nothing in this letter should be construed by you to waive or alter any of the rights of the parties involved.

Very truly yours,

Ronald E. Ritland

RER/rla

Cc: Joseph P. Quinn, Hanover Insurance Group
Andrew Daniels, Attorney for South Shore

PABOS2:RRITLAN:634511_1
2114-91630

RONALD E. RITLAND
[617] 951.2011
rritland@peabodyarnold.com

March 21, 2006

Amtrak National Railroad Passenger Corporation
30th and Market Streets, 5th Floor – South Tower
Box 17
Philadelphia, PA 19104

Re: Principal: South Shore Utility Contractors, Inc.
Bond #: 1754826
Project: Freight Rail Improvement Project – 24 Inch Water Main Relocation, Providence, RI

Gentlemen:

As you are aware, the Hanover Insurance Group ("Hanover") provided the payment and performance bonds listed above for South Shore Utility Contractors, Inc. ("South Shore") with regard to the above project. Please be advised that this office represents Hanover. It is our understanding that South Shore has not made payments to subcontractors and/or suppliers on other projects bonded by Hanover and, therefore, is in default of its indemnity obligations to Hanover. We are attempting to communicate with the appropriate representatives of South Shore to investigate the facts concerning those matters.

On behalf of Hanover, we demand that you release no further funds under the above referenced contract without the prior, written consent and direction of the Hanover. We make this demand on the basis of and to protect the surety's rights of subrogation and to enable the surety to protect its interests under its bonds furnished for this project. Please note that any failure or refusal to observe this demand may be prejudicial to the surety and result in serious legal consequences to you organization.

If you have any questions with regard to this notice, please contact the undersigned as soon as possible. We will be contacting you shortly to discuss this matter further as our investigation proceeds.

In the meantime, if you would, please give us a brief status of the above project and indicate the original contract price, all approved change orders, all pending change orders, all payments made under the contract and any pending payments.

I look forward to your cooperation in this matter. Nothing in this letter should be construed by you to waive or alter any of the rights of the parties involved.

Very truly yours,

Ronald E. Ritland

RER/rla

Cc: Joseph P. Quinn, Hanover Insurance Group
Andrew Daniels

PABOS2:RRITLAN:634527_1
2114-91630