SOUTH SHORE UTILITY CONTRACTORS, INC.

ROSCITI

April 13, 2006

Robert Grennan
Bond Claims
The Hanover Insurance Group
440 Lincoln Street
Worcester, MA 01653

| | | | |
|---|---|---|---|
| Re: | Principal: | South Shore Utility Contractors, Inc. | |
| | Obligees: | Earth Tech, Inc. | Amtrak |
| | Bond Nos.: | 1746082 | 1754826 |
| | | 1746081 | |
| | | 1742236 | |
| | | 1742235 | |
| | | 1742233 | |
| | Projects: | Pawtucket Water Facility | Freight Rail Improvement Project |

**Acknowledgement of Voluntary Default**

Dear Mr. Grennan:

The Hanover Insurance Group ("Surety"), as Surety, provided certain payment and performance bonds on behalf of South Shore Utility Contractors, Inc. ("Principal"), as Principal, on the above projects. The Principal and the Indemnitors ("Indemnitors") listed below executed an Agreement of Indemnity dated May 31, 2005 ("Agreement of Indemnity") in favor of the Surety as partial consideration for the Surety's issuance of the bonds.

The Principal and Indemnitors hereby acknowledge and agree that they are now financially unable to perform their obligations under the contracts and/or bonds and are in default under the bonds and Agreement of Indemnity. Principal and Indemnitors specifically acknowledge default under the above bonds to the Surety, and further agree as follows:

1. In order to provide for the payment of all further monies due under the above contracts, the Principal agrees, on behalf of the other Indemnitors and contemporaneous with the execution of this Acknowledgment, to execute the attached Letters of Direction irrevocably directing the Obligees on the bonded projects listed above to pay all remaining project contract funds at the Surety's direction.

44 Maria Avenue • PO Box 19010 • Johnston, RI 02919 • Tel: 401.453.2338 • Fax: 401.453.2933

Quinn Affidavit
EXHIBIT 8

2. Pursuant to the Agreement of Indemnity, the Principal and Indemnitors will immediately make available to Surety all of its books and records, including all bills and invoices for work performed and materials and equipment provided in the performance of the projects, and assist Surety and its representatives in preparing technical and accounting reviews of such projects.

3. Principal and Indemnitors acknowledge that a default exists under the Agreement of Indemnity and general bond obligations owed to Surety, but further acknowledge that the execution of this document is not induced by any promise or agreement of the Surety to furnish any financial assistance to the Principal or to forbear on the enforcement of any rights, legal or equitable, which the Surety may have against Principal and Indemnitors, and that nothing contained in this Acknowledgment of default shall waive, alter, amend, modify or estop any of the obligations of Principal and Indemnitor to Surety under any Agreement of Indemnity, Contract, Agreements, or applicable law.

4. The Principal and Indemnitors expressly reaffirm their joint and several obligations to the Surety under the Agreement of Indemnity. Principal and Indemnitors will supply the Surety with up-to-date corporate and personal financial information and provide all necessary consents so that the Surety may obtain current financial information on its own behalf from third parties, concerning the Principal and Indemnitors, in a form satisfactory to the Surety, within five (5) business days of any request from the Surety.

5. The Surety and each of the undersigned reserve and do not waive all rights, remedies and defenses under the Agreement for Indemnity, documents executed in connection thereto and in connection therewith, at law and in equity.

Dated this 14 day of April, 2006.

Agreed to: Witness:

South Shore Utility Contractors, Inc.

By: ______________________

Its: President

Anthony E. Rosciti, Jr.

______________________

Shannon Rosciti

______________________

Henry V. Rosciti, Jr.

______________________

AHR Utility Corporation

By: ______________________

Its: President

______________________