**HANOVER LOSS AND EXPENSE ON SOUTH SHORE BONDS**

**PAWTUCKET PROJECT**

PERFORMANCE BOND LOSS

| | |
|---|---|
| 1. Rosciti Corporation | $45,033.39 |
| | $54,847.35 |
| | $9,605.70 |
| | $109,486.44 |
| 2. Earth Tech, Inc. | $200,000.00 |
| Total under Performance Bond | $309,486.44 |

PAYMENT BOND LOSSES

| | |
|---|---|
| 1. G. Donaldson | $443,602.72 |
| | $76,397.28 |
| | $520,000.00 |
| 2. Vellano Brothers | $343,793.16 |
| | $337,500.00 |
| | $681,293.16 |
| 3. Warwick Winwater Works | $122,524.40 |
| 4. Scituate Precast | $9,055.00 |
| 5. Hanson Pipe | $23,974.00 |
| 6. Best Electric | $30,060.00 |
| 7. P J Keating | $15,000.00 |
| 8. PRM Concrete | $16,316.00 |
| 9. IUOE Local 4 Trust Fund | $3,154.18 |
| 10. Park Ave. Cement | $12,435.70 |
| 11. RI Laborers Union Benefit Fund | $52,380.66 |
| Total under Payment Bond | $1,486,193.10 |
| **Total Losses on Pawtucket Bonds** | $1,795,679.54 |

Quinn Affidavit
EXHIBIT 10

**AMTRAK PROJECT**

PERFORMANCE BOND LOSSES

| | |
|---|---|
| Rosciti Corporation | $20,536.03 |
| | $14,908.12 |
| | $41,736.41 |
| Total under Performance Bond | $77,180.56 |

PAYMENT BOND LOSSES

| | | |
|---|---|---|
| 1 Public Works Supply Co., Inc. | $84,169.73 | |
| 2 PJ Keating Co. | $1,490.02 | |
| 3 Scituate Bay Recast | $7,410.00 | |
| 4 Operators Union | $2,811.32 | |
| 5 Warwick WinWater Works | $2,693.71 | |
| | $98,574.78 | |
| **Total Losses on Amtrak Bonds** | $175,755.34 | |
| **Reimbursement of Amtrak Bond Losses** | ($175,755.34) | |
| **TOTAL LOSSES ON SOUTH SHORE BONDS** | $1,795,679.54 | |
| **ATTORNEY FEES AND CONSULTANT FEES** | $316,329.27 | |
| **TOTAL LOSS AND EXPENSE ON SOUTH SHORE BONDS** | | $2,112,008.81 |

683864