WORCESTER

ADJ OFF: 00
CLAIM NUMBER: 24376
FEAT: 01
CLASS LETTER: Surety
INSURED OR PRINCIPAL & ADDRESS: South Shore Utility

POLICY NUMBER: BCN 1754826
CO: 01
STAFF: 96
CAT. NO.:

CLAIMANT OR OBLIGEE NAME: Rosciti Construction Co. LLC

DATE OF LOSS: 3/31/06
PAYEE:
IN PAYMENT OF: Full Payment for time & materials through 4-21-06

AMERICA FINANCIAL
'S INSURANCE
R INSURANCE

CHECK NO. 81583857

62-38
DEUTSCHE BANK TRUST COMPANY DELAWARE 311
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

**PAY** Twenty Thousand Five Hundred Thirty Six and 03/100

VOID AFTER 6 MONTHS

PAY→ ***20,536.03***

DATE ISSUED: May 2, 2006

ISSUED AT: Worcester, Massachusetts

TO THE ORDER OF: Rosciti Construction Co. LLC

096

SIGNATURE
Joseph P. Quinn 000-8123

DESCRIPTION AND CAUSE OF LOSS
VEHIC. I.D./OCCUP. C.MT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME
AGENT
CITY
STATE
UNDERWRITING OFFICE

| | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|
| | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

Quinn Affidavit
EXHIBIT 11

WORCESTER

ALLMERICA FINANCIAL® CITIZENS INSURANCE® HANOVER INSURANCE®

CHECK NO. 81580629

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 03 00 | 024376 | 01 | Surety | South Shore Utility Contractors |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1754826 | 01 | 96 | | Rosciti Construction Co., LLC |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 03/31/06 | | Time & Materials through 04/15/06 |

PAY Fourteen Thousand Nine Hundred Eight and 12/100

VOID AFTER 6 MONTHS

PAY→****75,908.12****

DATE ISSUED
April 26, 2006

ISSUED AT
Worcester, Massachusetts

TO THE ORDER OF Rosciti Construction Company, LLC

096

SIGNATURE
Joseph P.Quinn

000-7327

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

DRIVER'S NAME

| | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| AGENT | | | | | | | |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INS OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24376 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1754826 | 01 | 96 | | Rosciti Construction Co. LLC |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 3/31/06 | | Final Settlement of bond claim |

PAY Seven Thousand Four Hundred Ten and 00/100

WORCESTER

...ICA FINANCIAL• ...S INSURANCE• ...ER INSURANCE• CHECK NO. 81587719

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS PAY→ ***7,410.00***

DATE ISSUED August 4, 2006

ISSUED AT Worcester, Massachusetts

096

SIGNATURE Joseph P. Quinn 000-2079

TO THE ORDER OF
Scituate Ray Precast
Clay Pit Rd. P.O. Box 636
Attn: Denise Mailoux
Marshfield, MA 02050

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

DRIVER'S NAME

| | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE | | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| YES | NO | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24376 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1754826 | 01 | 96 | | Rosciti Construction Co. LLC |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 3/31/06 | | Settlement of claim# 24376 |

**PAY** Two Thousand Six Hundred Ninety Three and 71/100

WORCESTER

ALLMERICA FINANCIAL® CITIZENS INSURANCE® HANOVER INSURANCE®

CHECK NO. 81587702

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS | PAY→***2,693.71***

DATE ISSUED: August 3, 2006

ISSUED AT: Worcester, Massachusetts

096

SIGNATURE: Joseph P. Quinn

000-2079

TO THE ORDER OF
Warwick Winwater Works
Attn: Vernoica Rogers
62 Wyoming Avenue
Warwick, RI 02908

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24376 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1754826 | 01 | 96 | | Rosciti Construction Co. LLC |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 3/31/06 | | Final payment on bond claim |

**PAY** One Thousand Four Hundred Ninety and 02/100

**WORCESTER**

...ICA FINANCIAL
...NS INSURANCE
HANOVER INSURANCE

CHECK NO. 81587690

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS

PAY→***1,490.02***

DATE ISSUED
July 28, 2006

ISSUED AT
Worcester, Massachusetts

TO THE ORDER OF
P.J. Keating Company
Attn: Donna St. Laurent
998 Reservoir Rd.
Lunenburg, MA 01462

096

SIGNATURE
Joseph P. Quinn

000-8208

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE | | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| YES | NO | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

WORCESTER

ALLMERICA FINANCIAL® CITIZENS INSURANCE® HANOVER INSURANCE®

CHECK NO. 81584464

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24376 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1754826 | 01 | 96 | | Rosciti Construction Co. LLC |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 3/31/06 | | Full & final Pay on Bond#1754826 |

VOID AFTER 6 MONTHS

PAY → ***84,169.73***

PAY Eighty Four Thousand One Hundred Sixty Nine and 73/100

DATE ISSUED June 15, 2006

ISSUED AT Worcester, Massachusetts

096

TO THE ORDER OF Public Works Supply Co. Inc.

SIGNATURE

Joseph P. Quinn

000-7598

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES / NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

WORCESTER

The Hanover Insurance Group CHECK NO. 81589004

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Group**
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24376 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1754826 | 01 | 92 | | Rosciti Construction Co. LLC |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 3/31/06 | | Full & Final Payment |

VOID AFTER 6 MONTHS

PAY Two Thousand Eight Hundred Eleven and 32/100

PAY → ***2,811.32***

DATE ISSUED August 18, 2006

ISSUED AT Worcester, Massachusetts

TO THE ORDER OF International Union of Operating Engineers
Local 4 Trust Fund

092

SIGNATURE

John McDevitt 000-2079

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. C.MT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|
| | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

FIELD CLAIM OFFICE COPY

WORCESTER

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility Contractors |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| ~~10/19/05~~ | | through 4-21-06 ~~Full Payment for time & materials~~ |

ALLMERICA FINANCIAL · CITIZENS INSURANCE · HANOVER INSURANCE

CHECK NO. 81583856

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

The Hanover Insurance Company
Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS PAY→ ***54,847.35***

PAY Fifty Four Thousand Eight Hundred Forty Seven and 35/100

DATE ISSUED May 2, 2006

TO THE ORDER OF Rosciti Construction Company LLC

ISSUED AT Worcester, Massachusetts

096

SIGNATURE

Joseph P. Quinn 000-8123

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| | WORKERS COMPENSATION INDEMNITY | MEDICAL | EXPENSE |
|---|---|---|---|
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

| PAYMENT - MORE THAN ONE CLAIM FEATURE | CLASS LETTER | AMOUNT |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE YES | NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

FIELD CLAIM OFFICE COPY

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 024183 | 01 | Surety | South Shore Utility Contractors Johnston, Rhode Island |

| POLICY NUMBER | CO. | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1742233 | 91 | 96 | | Rosciti Construction Co, LLC |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Time & Materials through April 15, 2006 |

WORCESTER

ALLMERICA FINANCIAL CITIZENS INSURANCE HANOVER INSURANCE

CHECK NO. 81580637

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE WILMINGTON, DELAWARE

The Hanover Insurance Company
Executive Office: Worcester, Massachusetts 01653

PAY Forty Five Thousand Thirty Three and 39/100

VOID AFTER 6 MONTHS PAY ******45,033.39****

DATE ISSUED April 27, 2006

ISSUED AT Worcester, Massachusetts

TO THE ORDER OF Rosciti Construction Company, LLC

096

SIGNATURE Joseph P. Quinn 000-7327

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. C.M.T. (WC ONLY)

| FINAL | PARTIAL | SUSPEND PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| WORKERS COMPENSATION | INDEMNITY | MEDICAL | EXPENSE |
|---|---|---|---|
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

| PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|
| FEATURE | CLASS LETTER | AMOUNT |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

FIELD CLAIM OFFICE COPY

WORCESTER

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility Contractors |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Final Pay for labor/materials on Pawtucket Water Treatment Facilities |

Allmerica Financial / Citizens Insurance / Hanover Insurance

CHECK NO. 81583928

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

The Hanover Insurance Company
Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS

PAY ***9,605.70***

PAY Nine Thousand Six Hundred Five and 70/100

DATE ISSUED: May 30, 2006

ISSUED AT: Worcester, Massachusetts

TO THE ORDER OF
Rosciti Construction Company, LLC
123 King Philip Road
Johnston, R.I. 02919

096

SIGNATURE
Joseph P. Quinn 000-8123

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. C.MT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| | WORKERS COMPENSATION INDEMNITY | MEDICAL | EXPENSE | PAYMENT - MORE THAN ONE CLAIM FEATURE | CLASS LETTER | AMOUNT |
|---|---|---|---|---|---|---|
| PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

FIELD CLAIM OFFICE COPY

WORCESTER

Hanover Insurance Group

CHECK NO. 81588960

DEUTSCHE BANK TRUST COMPANY DELAWARE WILMINGTON, DELAWARE 62-38 311

The Hanover Insurance Group
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Final settlement of bond claim |

VOID AFTER 6 MONTHS PAY ***30,060.00***

PAY Thirty Thousand Sixty and 00/100

DATE ISSUED August 11, 2006

TO THE ORDER OF Best Electric Company Inc.

ISSUED AT Worcester, Massachusetts

096

SIGNATURE Joseph P. Quinn 000-2079

DESCRIPTION AND CAUSE OF LOSS

VEHIC. T.D./OCCUP. CMT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|
| | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

FIELD CLAIM OFFICE COPY

WORCESTER

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STATE | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | South G. Donaldson Constr. |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Final Payment on bond claim 24183 |

ALLMERICA FINANCIAL CITIZENS INSURANCE HANOVER INSURANCE

CHECK NO. 81587700

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

The Hanover Insurance Company
Executive Office: Worcester, Massachusetts 01653

PAY Fifty Two Thousand Three Hundred Eighty and 66/100

VOID AFTER 6 MONTHS PAY →***52,380.66***

DATE ISSUED August 3, 2006

ISSUED AT Worcester, Massachusetts

TO THE ORDER OF Rhode Island Laborers Benefit Fund

096

SIGNATURE Joseph P. Quinn 000-2079

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. C.MT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| WORKERS COMPENSATION | INDEMNITY | MEDICAL | EXPENSE |
|---|---|---|---|
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

| PAYMENT - MORE THAN ONE CLAIM: FEATURE | CLASS LETTER | AMOUNT |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

FIELD CLAIM OFFICE COPY

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility Contractors |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Full & final Pay on Pawtucket Water Treatment |

WORCESTER

ALLMERICA FINANCIAL® CITIZENS INSURANCE® HANOVER INSURANCE®

CHECK NO. 81584463

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

PAY One Hundred Twenty Two Thousand Five Hundred Twenty Four 40/100

VOID AFTER 6 MONTHS

PAY→***122,524.40***

DATE ISSUED June 15, 2006

ISSUED AT Worcester, Massachusetts

TO THE ORDER OF Warwick Winwater Works

096

SIGNATURE
Joseph P. Quinn

000-7598

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. C.MT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| | WORKERS COMPENSATION INDEMNITY | MEDICAL | EXPENSE |
|---|---|---|---|
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

PAYMENT - MORE THAN ONE CLAIM

| FEATURE | CLASS LETTER | AMOUNT |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

FIELD CLAIM OFFICE COPY