WORCESTER

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 81587694

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

| DJ FF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Settlement of claim 24183 |

VOID AFTER 6 MONTHS

PAY → ***76,397.28***

PAY Seventy Six Thousand Three Hundred Ninety Seven and 28/100

DATE ISSUED August 2, 2006

ISSUED AT Worcester, Massachusetts

TO THE ORDER OF G. Donaldson Construction Company, Inc.

096

SIGNATURE

Joseph P. Quinn

000-2079

| ESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

RIVER'S NAME

GENT

TY

TATE

NDERWRITING OFFICE

| | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|
| | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

| ADJ. OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| ~~00~~ | ~~24183~~ | ~~01~~ | ~~Surety~~ | South Shore Utility Contractors |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | ~~G. Donaldson Construction~~ |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| ~~10/19/05~~ | | ~~Offer of Judgment G Donaldson~~ |

WORCESTER

CITIZENS INSURANCE
HANOVER INSURANCE

CHECK NO. 81583890

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

PAY Four Hundred Forty Three Thousand Six Hundred Two 72/100

VOID AFTER 6 MONTHS

PAY → ***443,602.72***

DATE ISSUED
May 10, 2006

ISSUED AT
Worcester, Massachusetts

TO THE ORDER OF
Providence Superior Court
Clerk of Court

SIGNATURE
Robert K. Grennan

094

000-8123

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

DRIVER'S NAME

| AGENT | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

WORCESTER

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 81587737

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Payment in full on bond claim 24183 |

PAY Sixteen Thousand Three Hundred Sixteen and 00/100

VOID AFTER 6 MONTHS

PAY→ ***16,316.00***

DATE ISSUED
August 8, 2006

ISSUED AT
Worcester, Massachusetts

TO THE ORDER OF
PRM Concrete Corp.
Darlington Station
P.O. Box 2190
Pawtucket, RI 02861

096

SIGNATURE
Joseph P. Quinn

000-2079

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

DRIVER'S NAME
AGENT
CITY
STATE
UNDERWRITING OFFICE

| | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|
| | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE | | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| YES | NO | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 024183 | 01 | Surety | South Shore Utility Contractors<br>Pawtucket, Rhode Island |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1742233 | 01 | 96 | | Scituate Ray Precast |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Final Settlement of Claim on Bond |

**PAY** Nine Thousand Fifty Five and 00/100

**WORCESTER**

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 81587649

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS

PAY ➔ ****9,055.00****

DATE ISSUED
July 12, 2006

ISSUED AT
Worcester, Massachusetts

TO THE ORDER OF
Scitaate Ray Precast
Post Office Box 636
Marshfield, Massachusetts 02050

096

SIGNATURE
Joseph P. Quinn
000-8208

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. C.MT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| | WORKERS COMPENSATION | | |
|---|---|---|---|
| | INDEMNITY | MEDICAL | EXPENSE |
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

| PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|
| FEATURE | CLASS LETTER | AMOUNT |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE | | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| YES | NO | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

WORCESTER

| CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|
| 24183 | 01 | Surety | South Shore Utility Contr. |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| N 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| /19/05 | | Final Payment of bond claim |

Y Fifteen Thousand and 00/100

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 81587689

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS — PAY → ***15,000.00***

DATE ISSUED
July 28, 2006

ISSUED AT
Worcester, Massachusetts

096

SIGNATURE
Joseph P. Quinn 000-8208

TO THE ORDER OF
P.J. Keating Company
Attn: Donna St. Laurent
998 Reservoir Rd.
Lunenburg, MA 01462

CRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE

R'S NAME

T

E

RWRITING OFFICE

| | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|
| | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| SURANCE | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|
| NO | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH, A MICROPRINT LINE AND A REFLECTIVE WATERMARK ON THE BACK.

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | SURETY | SOUTH SHORE UTILITY CONTRACTORS |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN1742283 | 01 | 96 | | G. DONALDSON CONSTRUCTION |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | SETTLEMENT |

PAY TWO HUNDRED THOUSAND AND 00/100

The Hanover Insurance Group

CHECK No. 81592162

DEUTSCHE BANK TRUST COMPANY DELAWARE 62-38/311
WILMINGTON, DELAWARE

The Hanover Insurance Group
Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS PAY ➤ **200,000.00**

DATE ISSUED OCTOBER 24, 2006

TO THE ORDER OF EARTH TECH, INC

ISSUED AT WORCESTER, MASSACHUSETTS

096

SIGNATURE JOSEPH P. QUINN

000 7169

VOID VOID

⑈81592162⑈ ⑆031100380⑆ 00535320⑈

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 92 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Full & Final Payment on Bond Claim |

WORCESTER

The Hanover Insurance Group CHECK NO. 81589003

DEUTSCHE BANK TRUST COMPANY DELAWARE 62-38/311
WILMINGTON, DELAWARE

**The Hanover Insurance Group**
Executive Office: Worcester, Massachusetts 01653

**PAY** Three Thousand One Hundred Fifty Four and 18/100

VOID AFTER 6 MONTHS PAY→ ***3,154.18***

DATE ISSUED August 18, 2006

TO THE ORDER OF International Union of Operating Engineers Local 4 Trust Funds

ISSUED AT Worcester, Massachusetts

092

SIGNATURE John McDevitt 000-2079

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. C.MT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| WORKERS COMPENSATION | INDEMNITY | MEDICAL | EXPENSE |
|---|---|---|---|
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

PAYMENT - MORE THAN ONE CLAIM

| FEATURE | CLASS LETTER | AMOUNT |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

WORCESTER

The Hanover Insurance Group. CHECK NO. 81588996

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Group**
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Full & Final Settlement of Claim |

**PAY** Twenty Three Thousand Nine Hundred Seventy Four and 20/100

VOID AFTER 6 MONTHS

PAY→ ***23,974.20***

DATE ISSUED: August 17, 2006

ISSUED AT: Worcester, Massachusetts

TO THE ORDER OF: Hanson Pipe & Products, Inc.

096

SIGNATURE

Joseph P. Quinn 000-2079

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

WORCESTER

The Hanover Insurance Group CHECK NO. 81592744

62-38
DEUTSCHE BANK TRUST COMPANY DELAWARE 311
WILMINGTON, DELAWARE

**The Hanover Insurance Group**
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G/ Dpmaldspm Cpmstruction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Final Settlement of bond claim |

**PAY** Twelve Thousand Four Hundred Thirty Five and 70/100

VOID AFTER 6 MONTHS **PAY** → ***12, 435.70***

DATE ISSUED
11/9/06

ISSUED AT
Worcester, Massachusetts

096

TO THE ORDER OF
Park Ave. Cement Block, Co. Inc.
C/O Pezza Law Offices
1220 Pontiac Ave Ste 203
Cranston, RI 02920

SIGNATURE
Joseph P. Quinn

000-1932

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE | | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| YES | NO | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

538169

**THE HANOVER INSURANCE COMPANY**
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

62-38
311
887

Date Issued: 09/17/2007

Insured: SOUTH SHORE UTILITY CONTRACTOR

CHECK 03414668

For: SURETY CONTRACT & SUBDIVISION
PARTIAL CLAIM PAYMENT

Not Valid After 6 MONTHS
Pay: $*337,500.00

Authorized By: Mark C. McAvoney

Pay To:
VELLANO BROTHERS

0000

Claim Number 0002431501
Adjuster 094
Policy Number BCN 1742235
Claimant VELLANO BROTHERS

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03414668⑈ ⑆031100380⑆ 0053532O⑈

**THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH, A MICROPRINT LINE AND A REFLECTIVE WATERMARK ON THE BACK.**

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|---|
| 00 | 24315 | 01 | SURETY | | SOUTH SHORE UTILITY CONTRACTORS |
| POLICY NUMBER | | CO | STAFF | CAT NO | CLAIMANT OR OBLIGEE NAME |
| BCN 1742235 | | 01 | 94 | | VELLANO BROTHERS, INC. |
| DATE OF LOSS | | PAYEE | IN PAYMENT OF | | |
| 03/06/06 | | | PARTIAL SETTLEMENT | | |

The Hanover Insurance Group CHECK NO. 81599844

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Group**
Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS PAY → ***343,793.16***

PAY THREE HUNDRED FORTY-THREE THOUSAND SEVEN HUNDRED NINETY THREE AND 16/100

DATE ISSUED JUNE 5, 2007

ISSUED AT WORCESTER, MA

TO THE ORDER OF VELLANO BROTHERS, INC.

VOID VOID

Robert K. Grennan
SIGNATURE
ROBERT K. GRENNAN 000 0102

⑈81599844⑈ ⑆031100380⑆ 0053532 0⑈

**DO NOT WRITE IN THIS AREA**

ENTER THE APPLICABLE CODE IN BLOCK HEADED CO.
COMPANY CODE
1 - THE HANOVER INSURANCE CO.
2 - HANOVER AMERICA
3 - MASSACHUSETTS BAY INSURANCE CO.
6 - CITIZENS INSURANCE CO.

FORM 221-5442 (4/06)

DETACH BEFORE DEPOSITING

02/25/2008 17:32 FAX BOND DEPT 017

WORCESTER

Hanover Insurance Group CHECK NO. 81592853

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

The Hanover Insurance Group
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | C. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | FID#04-3164116 Inv#198467, 198133 Legal Serv |

VOID AFTER 6 MONTHS PAY → ***$24,718.14***

PAY Twenty Four Thousand Seven Hundred Eighteen and 14/100

DATE ISSUED November 30, 2006

ISSUED AT Worcester, Massachusetts

096

TO THE ORDER OF Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

SIGNATURE Joseph P. Quinn

000-1932

| FINAL | PARTIAL | SUBSEQ PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. CMT (WC ONLY)

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|
| | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES / NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

FIELD CLAIM OFFICE COPY

WORCESTER

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility Contractors |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Inv.#194545 FID#04-2164116 Prof.Serv. |

ALLMERICA FINANCIAL INSURANCE

CHECK NO. 81577432

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

The Hanover Insurance Company
Executive Office: Worcester, Massachusetts 01653

PAY Six Hundred Twenty Five and 00/100

VOID AFTER 6 MONTHS PAY ***625.00***

DATE ISSUED February 2, 2006

ISSUED AT Worcester, Massachusetts

TO THE ORDER OF
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

SIGNATURE 096

0003294

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. C.MT (WC ONLY)

FINAL | PARTIAL | SUBSEQ PAYMENT | LOSS | EXPENSE

DRIVER'S NAME

| | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES / NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

FIELD CLAIM OFFICE COPY