| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility Contractors |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Inv#196352 Atty Fees FID#04-2164116 |

WORCESTER

ALLMERICA FINANCIAL® / CITIZENS INSURANCE® / HANOVER INSURANCE®

CHECK NO. 81583934

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**

Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS

PAY → ***12,186.45***

**PAY** Twelve Thousand One Hundred Eighty Six and 45/100

DATE ISSUED May 30, 2006

ISSUED AT Worcester, Massachusetts

096

SIGNATURE

Joseph P. Quinn 000-8123

TO THE ORDER OF
Peabody & Arnold LLP
Counsellors at Law
30 Rowes Wharf
Boston, MA 02110

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

WORCESTER

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Atty Inv# 196895 FID# 04-2164116 |

AMERICA FINANCIAL
CITIZENS INSURANCE
HANOVER INSURANCE

CHECK NO. 81587725

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

PAY Nine Thousand Seven Hundred Eleven and 19/100

VOID AFTER 6 MONTHS

PAY → ***9,711.19***

DATE ISSUED: August 8, 2006

ISSUED AT: Worcester, Massachusetts

TO THE ORDER OF
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

096

SIGNATURE
Joseph P. Quinn

000-2079

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. C.MT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|
| | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE | | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| YES | NO | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Atty Fees Inv# 196641 FID#04-2164116 |

**WORCESTER**

ALLMERICA FINANCIAL• CITIZENS INSURANCE• HANOVER INSURANCE•

CHECK NO. 81587670

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

**PAY** Eleven Thousand Five Hundred Ninety One and 23/100

VOID AFTER 6 MONTHS

PAY → ***11,591.23***

DATE ISSUED: July 17, 2006

ISSUED AT: Worcester, Massachusetts

TO THE ORDER OF
Peabody & Arnold LLP
Counsellors at Law
30 Rowes Wharf
Boston, MA 02110

096

SIGNATURE
Joseph P. Quinn

000-8208

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. CLMT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME
AGENT
CITY
STATE
UNDERWRITING OFFICE

| WORKERS COMPENSATION | INDEMNITY | MEDICAL | EXPENSE |
|---|---|---|---|
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

PAYMENT - MORE THAN ONE CLAIM

| FEATURE | CLASS LETTER | AMOUNT |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

WORCESTER

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | SURETY | NTH SHORE UTILITY |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 17422333 | 01 | 96 | | ~~C. DONALDSON CONSTRUCTION~~ |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | INC 197222, 197848. FID# 042164116 |

The Hanover Insurance Group CHECK NO. 81591562

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Group**
Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS

PAY→ ***25, 181.79***

PAY ~~TWENTY FIVE THOUSAND ONE HUNDRED EIGHTY-ONE and 79/100~~

DATE ISSUED
~~OCTOBER 16, 2006~~

ISSUED AT
WORCESTER, MASSACHUSETTS

096

SIGNATURE
JOSEPH P. QUINN

000 7169

TO THE ORDER OF
PEABODY & ARNOLD, LLP
50 ROWES WHARF
BOSTON, MA 02110-3342

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. C.MT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME
AGENT
CITY
STATE
UNDERWRITING OFFICE

| WORKERS COMPENSATION | INDEMNITY | MEDICAL | EXPENSE |
|---|---|---|---|
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

PAYMENT - MORE THAN ONE CLAIM

| FEATURE | CLASS LETTER | AMOUNT |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

WORCESTER

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24376 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1754826 | 01 | 96 | | Rosciti Construction Co. LLC |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 3/31/06 | | Consultant Fees Inv#12776 FID#11-3547453 |

ALLMERICA FINANCIAL® CITIZENS INSURA HANOVER INSUR

CHECK NO. 81587647

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS

PAY→ ***2,754.50***

PAY Two Thousand Seven Hundred Fifty Four and 50/100

DATE ISSUED: July 7, 2006

ISSUED AT: Worcester, Massachusetts

TO THE ORDER OF
Cashin, Spinelli, Ferretti LLC
4170 Veternas Memorial Highway
Suite 102
Bohemia, NY 11716

SIGNATURE: Joseph P. Quinn

096

000-8208

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| DRIVER'S NAME | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| AGENT | | | | | | | |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24376 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1754826 | 01 | 96 | | Rosciti Construction Co. LLC |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 3/31/06 | | Consult fee Inv#12930 FID#11-3547453 |

PAY Eight Hundred Forty Seven and 50/100

WORCESTER

CHECK NO. 81587727

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS PAY→ ***847.50***

DATE ISSUED: August 8, 2006

ISSUED AT: Worcester, Massachusetts

096

SIGNATURE: Joseph P. Quinn 000-2079

TO THE ORDER OF
Cashin, Spinelli, Ferretti LLC
4170 Veterans Memorial Highway Suite 102
Bohemia, NY 11716

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. C.MT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| | WORKERS COMPENSATION INDEMNITY | MEDICAL | EXPENSE |
|---|---|---|---|
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

| PAYMENT - MORE THAN ONE CLAIM FEATURE | CLASS LETTER | AMOUNT |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE YES | NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

WORCESTER

The Hanover Insurance Group CHECK NO. 81591561

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Group**
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| QD | 24376 | 01 | SURETY | SOUTH SHORE UTILITY CONTRACTORS |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1754826 | 01 | 96 | | NATIONAL RAILROAD PASSENGER |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 03/31/06 | | INV# 13100 & 13263. FED# 113547453 |

VOID AFTER 6 MONTHS

PAY → ***468.00***

PAY FOUR HUNDRED SIXTY EIGHT AND 00/100

DATE ISSUED
OCTOBER 16, 2006

ISSUED AT
WORCESTER, MASSACHUSETTS

TO THE ORDER OF
CASHIN, SPINELLI, FERRETTI
4170 VETERANS MEMORIAL HIGHWAY
SUITE 102
BOHEMIA, NY 11716

096

SIGNATURE
JOSEPH P. QUINN

000 7169

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

DRIVER'S NAME
AGENT
CITY
STATE
UNDERWRITING OFFICE

| WORKERS COMPENSATION | INDEMNITY | MEDICAL | EXPENSE |
|---|---|---|---|
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

| PAYMENT - MORE THAN ONE CLAIM: FEATURE | CLASS LETTER | AMOUNT |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE YES / NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

FIELD CLAIM OFFICE COPY

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility Contr. |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Consultant fee Inv# 12775 FID#11-3547453 |

**WORCESTER**

ALLMERICA FINANCIAL® CITIZENS INSURANCE® HANOVER INSURANCE®

CHECK NO. 81587646

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS

**PAY** Nineteen Thousand Eight Hundred Seventy Seven and 84/100

PAY → ***19,877.84***

TO THE ORDER OF

Cahhin, Spinelli, Ferretti, LLC
4170 Veterens Memorail Highway
Suite 102
Bohemia, NY 11716

DATE ISSUED
July 7, 2006

ISSUED AT
Worcester, Massachusetts

096

SIGNATURE
Joseph P. Quinn

000-8208

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES / NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | SOUTH SHORE UTILITY |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN1742233 | 01 | 96 | | EARTH TECH |

| DATE OF LOSS | PAYEE | IN PAYMENT OF | |
|---|---|---|---|
| 10/19/05 | | INV | FED# 113547453 |
| | | INV# 13424, 13261, 13099 | |

**WORCESTER**

The Hanover Insurance Group CHECK NO. 81591559

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Group**
Executive Office: Worcester, Massachusetts 01653

PAY ONE THOUSAND THREE HUNDRED SIXTEEN AND 50/100

VOID AFTER 6 MONTHS PAY→ ***1,316.50***

DATE ISSUED: OCTOBER 16, 2006

ISSUED AT: WORCESTER, MASSACHUSTTS

TO THE ORDER OF:
CASHIN SPINELLI, FERRETTI
4170 VETERANS MEMORIAL HIGHWAY
SUITE 102
BOHEMIA, NY 11716

096

SIGNATURE: JOSEPH P. QUINN

000 7169

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. C.MT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| | WORKERS COMPENSATION | | |
|---|---|---|---|
| | INDEMNITY | MEDICAL | EXPENSE |
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

| PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|
| FEATURE | CLASS LETTER | AMOUNT |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

**WORCESTER**

ALLMERICA FINANCIAL® CITIZENS INSURANCE® HANOVER INSURANCE®

CHECK NO. 81587726

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Consultant Inv.# 12929 FID#11-3547453 |

PAY Ten Thousand Two Hundred Eighty Seven and 43/100

VOID AFTER 6 MONTHS PAY→ ***10,287.43***

DATE ISSUED August 8, 2006

ISSUED AT Worcester, Massachusetts

096

TO THE ORDER OF
Cashin Spinelli & Ferretti, LLC
4170 Veterans Memorial Highway, Suite 102
Bohemia, NY 11716

SIGNATURE Joseph P. Quinn

000-2079

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. C.MT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|
| | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

WORCESTER

ALLMERICA FINANCIAL
CITIZENS INSURANCE
HANOVER INSURANCE

CHECK NO. 81587656

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Acct. Inv# 2235923 & 2250041 FID#41-1944416 |

VOID AFTER 6 MONTHS

PAY Twenty Thousand Seven Hundred Eighty Five and 26/100

PAY → ***20,785.26***

DATE ISSUED
July 17, 2006

ISSUED AT
Worcester, Massachusetts

TO THE ORDER OF
RSM McGladrey, Inc.
7 New England Executive Park, Suite 320
Burlington, MA 08103-5008

096

SIGNATURE
Joseph P. Quinn 000-8208

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. CMT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME
AGENT
CITY
STATE
UNDERWRITING OFFICE

| | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|
| | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Inv# R-2274771-312 FID#41-1944416 Prof. Serv |

WORCESTER

ALLMERICA FINANCIAL® CITIZENS INSURANCE® HANOVER INSURANCE®

CHECK NO. 81587724

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

**PAY** Seven Hundred Sixty and 00/100

VOID AFTER 6 MONTHS

PAY → ***760.00***

DATE ISSUED
August 8, 2006

ISSUED AT
Worcester, Massachusetts

TO THE ORDER OF
RSM McGladrey Inc.
7 New England Executive Park, Suite 320
Burlington, MA 01803-5008

SIGNATURE 096

Joseph P. Quinn 000-2079

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. C.MT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| WORKERS COMPENSATION | INDEMNITY | MEDICAL | EXPENSE |
|---|---|---|---|
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

| PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|
| FEATURE | CLASS LETTER | AMOUNT |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

09457 (11/05)

THIS DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

**THE HANOVER INSURANCE COMPANY**
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

62-38
311

876

Date Issued: 11/13/2007
Insured: SOUTH SHORE UTILITY CONTRACTOR
For: SURETY CONTRACT & SUBDIVISION
INV. NO. 202334

CHECK 03480895

Not Valid After 6 MONTHS
Pay $***7,350.00

Authorized By:

Pay To:
PEABODY & ARNOLD
30 ROWES WHARF
BOSTON
MA 02110

Claim Number 0002418301
Adjuster OVV
Policy Number BCN 1742233
Claimant G. DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03480895⑈ ⑆031100380⑆ 0053S320⑈