440 LINCOLN STREET S354
WORCESTER, MA 01605

03544775

PEABODY & ARNOLD
600 ATLANTIC AVENUE
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 01/14/2008
Insured: SOUTH SHORE UTILITY CONTRACTOR
For: SURETY CONTRACT & SUBDIVISION
INV. NO. 203002

CHECK 03544775

Not Valid After 6 MONTHS
Pay $***6,925.1

807290

Authorized By

Pay To:
PEABODY & ARNOLD
600 ATLANTIC AVENUE
BOSTON
MA 02210

Claim Number: 0002418301
Adjuster: OVV
Policy Number: BCN 1742283
Claimant: C. DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03544775⑈ ⑆031100380⑆ 00535320⑈

440 LINCOLN STREET S354
WORCESTER, MA 01605

03542475

PEABODY & ARNOLD
600 ATLANTIC AVENUE
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

802907

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 01/11/2008
Insured: SOUTH SHORE UTILITY CONTRACTOR
For: SURETY CONTRACT & SUBDIVISION
INV. NO. 202653

CHECK 03542475

Not Valid After 6 MONTHS
Pay $****9,166.6

Authorized By: [signature]

Pay To:
PEABODY & ARNOLD
600 ATLANTIC AVENUE
BOSTON
MA 02210

Claim Number 0002418301
Adjuster 0VV
Policy Number BCN 1742285
Claimant C. DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03542475⑈ ⑆011100380⑆ 00535320⑈

440 LINCOLN STREET S354
WORCESTER, MA 01605

03549033

PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

815723

**THE HANOVER INSURANCE COMPANY**
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 01/16/2008
Insured: SOUTH SHORE UTILITY CONTRACTOR
For: SURETY CONTRACT & SUBDIVISION
INV. NO. 2030023

CHECK 03549033

Not Valid After 6 MONTHS

Pay: $*****125.00

Authorized By

Pay To:
PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Claim Number 0002418301
Adjuster OVV
Policy Number BCN 1742233
Claimant G. DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03549033⑈ ⑆031100380⑆ 00535320⑈

440 LINCOLN STREET S354
WORCESTER, MA 01605

03620058

PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 03/14/2008
Insured: SOUTH SHORE UTILITY CONTRACTOR
For: SURETY CONTRACT & SUBDIVISION
INV. NO. 203509

CHECK 03620058

Not Valid After 6 MONTH
Pay $***9,048.

Authorized By:

Pay To:
PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

969863

Claim Number 0002418301
Adjuster OWV
Policy Number BCN 1742233
Claimant DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03620058⑈ ⑆011100380⑆ 00535320⑈

440 LINCOLN STREET S354
WORCESTER, MA 01605



PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

09457 (11/05)

337821

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 04/28/2008
Insured: SOUTH SHORE UTILITY CONTRACTOR
For: SURETY CONTRACT & SUBDIVISION
INV. NO. 204188

CHECK 03675863

Not Valid After 6 MONTHS
Pay: $**10,975.0

Authorized By

Pay To:
PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Claim Number: 0002418301
Adjuster: OVW
Policy Number: BCN 1742233
Claimant: C. DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03675863⑈ ⑆011100380⑆ 00535320⑈

THE HANOVER INSURANCE COMPANY
440 LINCOLN STREET S354
WORCESTER, MA 01605

03683016

PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

351744

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued 05/02/2008
Insured SOUTH SHORE UTILITY CONTRACTOR
For SURETY CONTRACT & SUBDIVISION
INV. NO: 204530

CHECK 03683016

Not Valid After 6 MONT

Pay $**15,868.

Authorized By

Pay To:
PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Claim Number: 0002418301
Adjuster: OMV
Policy Number: BGN 1742253
Claimant: C. DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

⑈03683016⑈ ⑆031100380⑆ 0053532⑈