THE HANOVER INSURANCE COMPANY
440 LINCOLN STREET S356
WORCESTER, MA 01605

03714728

PEABODY & ARNOLD
600 ATLANTIC AVENUE
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

62-38
311

09457 (11/05)

Date Issued: 05302008
Insured: SOUTH SHORE UTILITY CONTRACTORS
For: SURETY CONTRACT & SUBDIVISION
INV. NO. 204941

CHECK 03714728

Not Valid After 6 MONTHS

Pay ***6,160.90

420082

Authorized By

Pay To:
PEABODY & ARNOLD
600 ATLANTIC AVENUE
BOSTON
MA 02210

Claim Number: 0002418301
Adjuster: DVU
Policy Number: BCN 1742253
Claimant: G. DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03714728⑈ ⑆031100380⑆ 00535320⑈

03204938

440 LINCOLN STREET S354
WORCESTER, MA 01605

PEABODY & ARNOLD, LLP
30 ROWES WHARF
BOSTON, MA 02110

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

09457 (11/05)

782230

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 03/07/2007

Insured: SOUTH SHORE UTILITY CONTRACTOR

CHECK 03204938

For: INVOICE NO. 199290
LEGAL EXPENSE

Not Valid After 6 MONTHS

Pay $***4,550.00

Authorized By:

Pay To:
PEABODY & ARNOLD, LLP
30 ROWES WHARF
BOSTON, MA 02110

Claim Number 000218301
Adjuster 096
Policy Number BCN 1742233
Claimant C. DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03204938⑈ ⑆011100380⑆ 00535320⑈

440 LINCOLN STREET S354
WORCESTER, MA 01605

03204949

PEABODY & ARNOLD, LLP
30 ROWES WHARF
BOSTON, MA 02110

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

782232

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 03/07/2007
Insured: SOUTH SHORE UTILITY CONTRACTOR
For: INVOICE NO. 199786
LEGAL EXPENSE

CHECK 03204949

Not Valid After 6 MONTHS
Pay $**10,425.00

Authorized By:

Pay To:
PEABODY & ARNOLD, LLP
30 ROWES WHARF
BOSTON, MA 02110

Claim Number 0002418301
Adjuster 096
Policy Number BCN 1742233
Claimant C. DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03204949⑈ ⑆031100380⑆ 00535320⑈

THE HANOVER INSURANCE COMPANY
440 LINCOLN STREET S354
WORCESTER, MA 01605

03228652

PEABODY & ARNOLD LLP
30 ROWES WHARF
BOSTON, MA 02110

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

848290

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

62-
31

Date Issued: 03/27/2007
Insured: SOUTH SHORE UTILITY CONTRACTOR
For INVOICE NO. 200161
LEGAL EXPENSE

CHECK 03228652

Not Valid After 6 MONTHS
Pay $***1,100.00

Authorized By

Pay To
PEABODY & ARNOLD LLP
30 ROWES WHARF
BOSTON, MA 02110

Claim Number 0002418301
Adjuster 096
Policy Number BCN 1742233
Claimant C. DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03228652⑈ ⑆031100380⑆ 00535320⑈

THE HANOVER INSURANCE COMPANY
440 LINCOLN STREET S354
WORCESTER, MA 01605

03293387

PEABODY & ARNOLD LLP
30 ROWES WHARF
BOSTON, MA 02110

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

62-38/311

894

Date Issued: 05/24/2007
Insured: SOUTH SHORE UTILITY CONTRACTOR
For: INVOICE NO. 200621
LEGAL EXPENSE

CHECK 03293387

Not Valid After 6 MONTHS
Pay: $*****761.35

Authorized By: [signature]

Pay To:
PEABODY & ARNOLD LLP
30 ROWES WHARF
BOSTON, MA 02110

Claim Number: 0002418301
Adjuster: 096
Policy Number: BCN 1742233
Claimant: C. DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03293387⑈ ⑆031100380⑆ 00535320⑈

THE HANOVER INSURANCE COMPANY
440 LINCOLN STREET S354
WORCESTER, MA 01605

03355730

PEABODY & ARNOLD
30 ROWES WHARF
BOSTON
MA 02110

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 07/24/2007

Insured: SOUTH SHORE UTILITY CONTRACTOR

CHECK 03355730

For: SURETY CONTRACT & SUBDIVISION
INV. NO. 201100

Not Valid After 6 MONT

Pay $***2,260.

403573

Authorized By

Pay To
PEABODY & ARNOLD
30 ROWES WHARF
BOSTON
MA 02110

Claim Number 0002418301
Adjuster 092
Policy Number BCN 1742233
Claimant DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03355730⑈ ⑆031100380⑆ 00535320⑈

440 LINCOLN STREET S354
WORCESTER, MA 01605

03382558

PEABODY & ARNOLD LLP
30 ROWES WHARF
BOSTON, MA 02110

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

466689

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 08/17/2007
Insured: SOUTH SHORE UTILITY CONTRACTOR CHECK 03382558
For: INVOICE NO. 201404
LEGAL EXPENSE

Not Valid After 6 MONT
Pay: $****4,994

Authorized By: [signature]

Pay To:
PEABODY & ARNOLD LLP
30 ROWES WHARF
BOSTON, MA 02110

Claim Number: 0002418301
Adjuster: 096
Policy Number: BCN 1742233
Claimant: G. DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03382558⑈ ⑆011100380⑆ 00535320⑈