not in a position to admit or deny this Request for Admission No. 4. Further, the Roscitis do not have any independent knowledge or specific recollection from which to admit or deny this Request for Admission No. 4.

Second Supplemental Response to Request for Admission No. 4: Admitted.

Interrogatory No. 4: If the request for admission is denied, please set forth in detail the basis for the denial.

Answer to Interrogatory No. 4: N/A.

Request for Admission No. 5: Pursuant to Pay Request No. 12 of South Shore on the Pawtucket Project, Earth Tech paid South Shore $694,650.00, less retainage, for work and/or materials which G. Donaldson supplied to South Shore on the Pawtucket Project.

Response to Request for Admission No. 5: Objection. The Roscitis can neither admit nor deny this Request for Admission No. 5 insofar as, in their individual capacities, they were not a party to any payment(s) made by Earth Tech, Inc. to South Shore relative to the so-called Pawtucket Project.

Supplemental Response to Request for Admission No. 5: Insofar as this Request for Admission No. 5 appends neither Pay Request No. 12 nor any check reflecting a $694,650.00 payment, the Roscitis can neither admit nor deny Request for Admission No. 5 absent reviewing South Shore's billing and payment history records relative to the so-called "Pawtucket Project". Thus, the Roscitis are not in a position to admit or deny this Request for Admission No. 5. Further, the Roscitis do not have any independent knowledge or specific recollection from which to admit or deny this Request for Admission No. 5.

Second Supplemental Response to Request for Admission No. 5: Denied.

Interrogatory No. 5: If the request for admission is denied, please set forth in detail the basis for the denial.

Answer to Interrogatory No. 5: N/A.

Supplemental Answer to Interrogatory No. 5: Hanover's Request for Admission No. 5 includes a typographical error as to a material fact, and, as such, cannot be admitted. *See Court's Memorandum & Order, dated April 15, 2008.*

Request for Admission No. 6: Upon receipt of the payment referenced in Request for Admission No. 4, other than to make a payment of $100,000, South Shore did not in turn make any payments to G. Donaldson from these funds, or, if South Shore disputed the claim, did not escrow $530,000 in funds until the dispute was resolved.

Response to Request for Admission No. 6: Objection. The Roscitis can neither admit nor deny this Request for Admission No. 6 insofar as, in their individual capacities, the Roscitis were not parties to any payments made by South Shore to G. Donaldson, or the payment and/or disposition of funds relative to G. Donaldson.

Supplemental Response to Request for Admission No. 6: Admitted.

Interrogatory No. 6: If the request for admission is denied, please set forth in detail all payments made by South Shore to G. Donaldson out of these funds, or detail by bank, account number, amount and date of deposit the funds that were escrowed.

Answer to Interrogatory No. 6: N/A.

Request for Admission No. 7: With regard to Paragraph 13 of the Counterclaim filed by the Roscitis, South Shore had no dispute on the "Amtrak Project" relating to application of payments or inflated receivables.

Response to Request for Admission No. 7: Admitted.

Interrogatory No. 7: If the request for admission is denied, please set forth in detail the "Amtrak Dispute", including the name of the claimant, the amount of the claim and the date the claim was submitted.

Answer to Interrogatory No. 7: N/A.

Request for Admission No. 8: Concerning the claim submitted by Vellano Brothers, Inc. ("Vellano Brothers") on the Pawtucket Project, Vellano Brothers submitted a claim of $755,725.01 to South Shore and Hanover pursuant to a letter from its attorney dated March 3, 2006.

Response to Request for Admission No. 8: Objection. The Roscitis can neither admit nor deny this Request for Admission No. 8 insofar as, in their individual capacities, they were not parties to any claim(s) submitted by Vellano Brothers, Inc. to South Shore and/or Hanover with respect to the so-called Pawtucket Project.