Hanover made a demand by letter dated March 17, 2006. Rosciti and AHR admit that they did not make any payments to Hanover in response to its demand.

**Interrogatory No. 7**

If the request for admission is denied, please set forth in detail the basis for the denial.

**ANSWER 7**

No Answer required.

**Admission No. 8**

The failure of Rosciti and AHR to post collateral and/or otherwise indemnify Hanover constituted their default of the Agreement of Indemnity.

**RESPONSE 8**

Denied.

**FIRST AMENDED RESPONSE 8**

Rosciti and AHR can neither admit or deny they were in "default" of the Agreement of Indemnity, as "default" is a legal term of art with which they are unfamiliar and the term was not defined by Hanover. Notwithstanding, Rosciti and AHR admit they did not post collateral as alleged in Request for Admission No. 8.

**SECOND AMENDED RESPONSE 8**

Admitted.

**Interrogatory No. 8**

If the request for admission is denied, please explain in detail the basis for the denial and, specifically, why Rosciti and AHR signed the letter acknowledging default, attached to the Complaint of Hanover as Exhibit C.



Statement of Facts
EXHIBIT G