UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE HANOVER INSURANCE GROUP, Plaintiff | |
| vs. | C.A. No.: 06-276/T |
| ANTHONY F. ROSCITI, JR.; HENRY V. ROSCITI; and A.H.R.UTILITY CORPORATION, Defendants | |

| | |
|---|---|
| ANTHONY F. ROSCITI, JR.; and SHANNON B. ROSCITI, Plaintiffs | |
| vs. | C.A. No.: 06-392/T |
| THE HANOVER INSURANCE GROUP; SOUTH SHORE UTILITY CONTRACTORS, INC., by and through Jonathan N. Savage, Esq., duly appointed Permanent Receiver of South Shore Utility Contractors, Inc.; HENRY V. ROSCITI; and AHR UTILITY CORPORATION, Defendants | |

## JOINT MOTION TO ENLARGE TIME TO OBJECT OR OTHERWISE RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COMES Plaintiff, The Hanover Insurance Group ("Hanover") and Defendants, Anthony F. Rosciti, Jr. and Shannon B. Rosciti (the "Roscitis"), and each of them, by and through counsel, by agreement, and hereby jointly move this Court for an order enlarging the time within which the Roscitis may object or otherwise respond to

Hanover's pending motion for summary judgment up to, and including, Wednesday, July 9, 2008. The instant request is being made by agreement so as to provide the Roscitis with an additional two (2) days within which to oppose Hanover's dispositive motion.

Respectfully submitted

The Hanover Insurance Company

/s/ Kevin Cain
Kevin Cain (#3960)
**Peabody & Arnold, LLP**
30 Rowes Wharf
Boston, MA 02110
Tel. (617) 951-2100
Fax: (617) 951-2125
Email: kcain@peabodyarnold.com

/s/ Ronald Ritland
Ronald Ritland, Esq.
Peabody & Arnold, LLP
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 951-2100
Tel: (617) 951-2125
Email: rritland@peabodyarnold.com
*Pro hac vice* admission

Respectfully submitted,

Anthony F. Rosciti, Jr.

By his Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: cmulhearn@frlawri.com

## CERTIFICATION

I hereby certify that on this 2nd day of July, 2008, the foregoing was served upon **Joseph DeAngelis, Esq.**, Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island 02903 via e-mail.

/s/ Christopher M. Mulhearn