UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HANOVER INSURANCE GROUP,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY F. ROSCITI, JR.; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION,<br><br>Defendants | : | C.A. No. 06-276T |
| ANTHONY F. ROSCITI, JR. and SHANNON B. ROSCITI,<br><br>Plaintiffs<br><br>vs.<br><br>THE HANOVER INSURANCE GROUP; SOUTH SHORE UTILITY CONTRACTORS, INC., by and through Jonathan N. Savage, Esq., duly appointed Permanent Receiver of South Shore Utility Contractors, Inc.; HENRY V. ROSCITI; And A.H.R. UTILITY CORPORATION | : | C.A. No. 06-392T |

JOINT MOTION TO ENLARGE TIME TO OBJECT OR OTHERWISE
RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COME Plaintiff, the Hanover Insurance Group ("Hanover") and Defendants, Henry V. Rosciti and A.H.R. Utility Corporation, and each of the them, by and through counsel, by agreement, and hereby jointly move this Court for an order enlarging the time within which they may object or otherwise respond to Hanover's pending motion for summary judgment up to, and including, Wednesday, July 9, 2008.

The instant request is being made by agreement so as to provide them with an additional two (2) days within which to oppose Hanover's dispositive motion.

Respectfully submitted,

THE HANOVER INSURANCE COMPANY
By its Attorneys,

/s/ Kevin Cain
Kevin Cain (#3960)
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110
Tel. (617) 951-2100
Fax: (617) 951-2125
Email: kcain@peabodyarnold.com

/s/ Ronald Ritland
Ronald Ritland
Peabody & Arnold, LLP
600 Atlantic Avenue
Boston, MA 02110
Tel. (617) 951-2100
Fax: (617) 951-2125
Email: rritland@peabodyarnold.com
*Pro hac vice* admission

Respectfully submitted,

HENRY V. ROSCITI and
A.H.R. UTILITY CORPORATION,
By their Attorneys,

/s/ Joseph DeAngelis
Joseph DeAngelis (#1395)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th FL
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Email: jdeangelis@apslaw.com

CERTIFICATION

I hereby certify that on this 3rd day of July, 2008, I caused the within joint motion for an extension of time to be electronically filed on Christopher M. Mulhearn, Esq., Ferrucci Russo, P.C.

/s/ Joseph DeAngelis

*460414_1*