UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HANOVER INSURANCE GROUP,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY F. ROSCITI, JR.; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION,<br><br>Defendants | : | C.A. No. 06-276T |
| ANTHONY F. ROSCITI, JR. and SHANNON B. ROSCITI,<br><br>Plaintiffs<br><br>vs.<br><br>THE HANOVER INSURANCE GROUP; SOUTH SHORE UTILITY CONTRACTORS, INC., by and through Jonathan N. Savage, Esq., duly appointed Permanent Receiver of South Shore Utility Contractors, Inc.; HENRY V. ROSCITI; And A.H.R. UTILITY CORPORATION | : | C.A. No. 06-392T |

DEFENDANTS HENRY V. ROSCITI AND A.H.R. UTILITY CORPORATION'S
MOTION TO ENLARGE TIME TO OBJECT OR OTHERWISE
RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendants, Henry V. Rosciti and A.H.R. Utility Corporation, join with Co-Defendants, Anthony F. Rosciti, Jr. and Shannon B. Rosciti, in seeking further enlargement of time within which they may object or otherwise respond to Plaintiff

Hanover's pending motion for summary judgment up to, and including, July 23, 2008.

In support of the request for further enlargement of time

1. Joseph DeAngelis, counsel for the Defendants listed above, has been unavailable, due to serious family health issues regarding his mother who deceased on July 3, 2008.

2. Mr. DeAngelis returned to his office on July 9, 2008, the date his clients responses were due.

3. Co-Defendants Anthony Rosciti and Shannon Rosciti have requested an enlargement of time based upon the medical situation involving an immediate family member of their Counsel.

4. Mr. DeAngelis' situation relating to his mother's illness has prevented him from working his normal office hours for the past few weeks and preparing a timely response to Plaintiff's motion for summary judgment.

5. Accordingly, Defendants, Henry V. Rosciti and A.H. R. Utility Corporation, respectfully request a further enlargement of time within which to object or otherwise respond to Hanover's motion for summary judgment up to, and including, July 23, 2008.

6. Defendants Henry V. Rosciti and A.H. R. Utility Corporation, respectfully submit that this matter has been pending since 2006, and, further, the requested fourteen (14) day extension will not inure to the detriment and/or prejudice of Plaintiff Hanover in any respect.

7. The within request is being made out of necessity, and not for any purpose other that the legal rights of Defendants, Henry V. Rosciti and A.H. R. Utility Corporation, may be protected.

WHEREFORE, for the foregoing reasons, Defendants, Henry V. Rosciti and A.H. R. Utility Corporation, respectfully request that this Court grant the within motion for a further enlargement of time to object or otherwise respond to Plaintiff's motion for summary judgment, that this Court enter an order enlarging the time within which Defendants, Henry V. Rosciti and A.H. R. Utility Corporation, may answer or otherwise respond to Plaintiff's pending motion for summary judgment up to, and including, July 23, 2008, and that this Court award Defendants, Henry V. Rosciti and A.H. R. Utility Corporation, such other further relief as this Court may deem fair, just and reasonable.

Respectfully submitted,
HENRY V. ROSCITI and
A.H.R. UTILITY CORPORATION,
By their Attorneys,

/s/ Joseph DeAngelis
Joseph DeAngelis (#1395)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th FL
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Email: jdeangelis@apslaw.com

CERTIFICATION

I hereby certify that on this day of July, 2008, I caused the within motion for an extension of time to be electronically filed on:

Kevin C. Cain kcain@peabodyarnold.com

Frederick E. Connelly , Jr fconnelly@peabodyarnold.com

John P Connelly jconnelly@peabodyarnold.com

Christopher M. Mulhearn cmulhearn@frlawri.com, lverria@frlawri.com

and mailed to:

Ronald E. Ritland
Peabody & Arnold, LLP
600 Atlantic Avenue
Boston, MA 02210

/s/ Joseph DeAngelis

*460918_1*