UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HANOVER INSURANCE GROUP,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY F. ROSCITI, JR.; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION,<br><br>Defendants | : | C.A. No.: 06-276/T |
| ANTHONY F. ROSCITI, JR.; AND SHANNON B. ROSCITI,<br><br>Plaintiffs<br><br>vs.<br><br>THE HANOVER INSURANCE GROUP; SOUTH SHORE UTILITY CONTRACTORS, INC., by and through Jonathan N. Savage, Esq., duly appointed Permanent Receiver of South Shore Utility Contractors, Inc.; HENRY V. ROSCITI; and AHR UTILITY CORPORATION, | : | C.A. No. 06-392/T |

**ANTHONY F. ROSCITI, JR. AND SHANNON B. ROSCITI'S OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants, Anthony F. Rosciti, Jr. and Shannon B. Rosciti (collectively, the "Roscitis"), and each of them, by and through counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby object to Plaintiff, The Hanover Insurance Group's ("Hanover") motion for summary judgment in connection with the above-identified action.

Although the Roscitis concede that there may not be any genuine issues of material fact that would prevent this Court from entering summary judgment in favor of Hanover on its claims for indemnification as set forth in Hanover's Complaint, the Roscitis steadfastly maintain that genuine issues of material fact do, in fact, exist with respect to the Roscitis' Counterclaim, and, thus, despite Hanover's request, summary judgment is not proper with respect to the same. Accordingly, the Roscitis' Counterclaim, and the counts set forth therein, should be permitted to be presented to a finder of fact so that a determination may be made with respect to the prayed for set-off(s) against Hanover's claim. Insofar as there are genuine issues of material fact with respect to the same, summary judgment should not enter in favor of Hanover with respect to the Roscitis' Counterclaim.

In support of the within objection, the Roscitis submit the accompanying memorandum, statements of undisputed facts, response to Hanover's statement of undisputed facts, and affidavit of Anthony F. Rosciti, Jr., respectively.

Respectfully submitted,

Anthony F. Rosciti, Jr. &
Shannon B. Rosciti

By their Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: cmulhearn@frlawri.com

Dated: July 23, 2008

**CERTIFICATION**

I hereby certify that on this 23rd day of July, 2008, the foregoing was served upon **Ronald E. Ritland, Esq.**, via e-mail @ rritland@peabodyarnold.com; **Kevin C. Cain, Esq.**, via e-mail @ kcain@peabodyarnold.com; **Joseph DeAngelis, Esq.**, via e-mail @ jdeangelis@apslaw.com; and **John P. Connelly, Esq.**, via e-mail @ jconnelly@peabodyarnold.com.

/s/ Christopher M. Mulhearn