UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HANOVER INSURANCE GROUP,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY F. ROSCITI, JR.; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION,<br><br>Defendants | : | C.A. No. 06-276T |
| ANTHONY F. ROSCITI, JR. and SHANNON B. ROSCITI,<br><br>Plaintiffs<br><br>vs.<br><br>THE HANOVER INSURANCE GROUP; SOUTH SHORE UTILITY CONTRACTORS, INC., by and through Jonathan N. Savage, Esq., duly appointed Permanent Receiver of South Shore Utility Contractors, Inc.; HENRY V. ROSCITI; And A.H.R. UTILITY CORPORATION | : | C.A. No. 06-392T |

DEFENDANT HENRY V. ROSCITI, JR.'S RESPONSE IN OPPOSITION TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendant Henry V. Rosciti, Jr. ("Rosciti") hereby objects to Plaintiffs' Motion For Summary Judgment. Due to a number of unforeseen factors, Rosciti has only recently had the opportunity to review his co-Defendants' Response In Opposition to Plaintiff's Motion For Summary Judgment. Thus, Rosciti hereby adopts all arguments set forth in his co-Defendants' Response in Opposition and offers no additional arguments.

Rosciti acknowledges that this Opposition is approximately 16 hours late relative to the deadline imposed by the Court. However, Rosciti asks for the Court's indulgence as weather conditions and other extenuating circumstances made filing this Opposition in a timely manner particularly difficult.

Respectfully submitted,

HENRY V. ROSCITI and
A.H.R. UTILITY CORPORATION,
By their Attorneys,

/s/ Joseph DeAngelis

Joseph DeAngelis (#1395)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th FL
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Email: jdeangelis@apslaw.com

## CERTIFICATION

I hereby certify that on this 24rd day of July, 2008, the foregoing was served upon **Ronald E. Ritland, Esq.,** via e-mail @ rritland@peabodyarnold.com; **Kevin C. Cain, Esq.**, via e-mail @ kcain@peabodyarnold.com; **Christopher M. Mulhearn.**, via e-mail @ cmulhearn@frlawri.com; and **John P. Connelly, Esq.**, via e-mail @ jconnelly@peabodyarnold.com.

/s/ Joseph DeAngelis

*462649_1*