**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE HANOVER INSURANCE GROUP,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY F. ROSCITI, JR.; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION,<br><br>Defendants | : | C.A. No. 06-276T |
| ANTHONY F. ROSCITI, JR. and SHANNON B. ROSCITI,<br><br>Plaintiffs<br><br>vs.<br><br>THE HANOVER INSURANCE GROUP; SOUTH SHORE UTILITY CONTRACTORS, INC., by and through Jonathan N. Savage, Esq., duly appointed Permanent Receiver of South Shore Utility Contractors, Inc.; HENRY V. ROSCITI; And A.H.R. UTILITY CORPORATION | : | C.A. No. 06-392T |

**DEFENDANTS HENRY V. ROSCITI AND A.H.R. UTILITY CORPORATION'S SUPPLEMENTAL MOTION TO ENLARGE TIME TO OBJECT OR OTHERWISE RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule (civil) 56, Defendants, Henry V. Rosciti and A.H.R. Utility Corporation, respectfully move this honorable Court for an Order, *nunc pro tunc*, further enlarging the time within which they may object or otherwise respond to Plaintiff Hanover's pending motion for summary judgment by seven (7)

days that is up to and including August 1, 2008. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,
HENRY V. ROSCITI and
A.H.R. UTILITY CORPORATION,
By their Attorneys,

/s/ Jeffrey M. Crudup

Joseph DeAngelis (#1395)
jdeangelis@apslaw.com
Jeffrey M. Crudup (#7721)
jcrudup@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: July 25, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE HANOVER INSURANCE GROUP,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY F. ROSCITI, JR.; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION,<br><br>Defendants | : | C.A. No. 06-276T |
| ANTHONY F. ROSCITI, JR. and SHANNON B. ROSCITI,<br><br>Plaintiffs<br><br>vs.<br><br>THE HANOVER INSURANCE GROUP; SOUTH SHORE UTILITY CONTRACTORS, INC., by and through Jonathan N. Savage, Esq., duly appointed Permanent Receiver of South Shore Utility Contractors, Inc.; HENRY V. ROSCITI; And A.H.R. UTILITY CORPORATION | : | C.A. No. 06-392T |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS HENRY V. ROSCITI AND A.H.R. UTILITY CORPORATION'S SUPPLEMENTAL MOTION TO ENLARGE TIME TO OBJECT OR OTHERWISE RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule (civil) 56, Defendants Henry V. Rosciti and A.H.R. Utility Corporation (the "Moving Defendants") respectfully submit this memorandum of law in support of their motion for an Order, *nunc pro tunc*, further enlarging the time within which they may object or otherwise respond to Plaintiff

Hanover's pending motion for summary judgment by seven (7) days that is up to and including August 1, 2008.

The Court previously extended the subject deadline through and until July 23, 2008. *See* 7/9/08 Text Order (granting, *inter alia*, Motion for Extension of Time (Docket No. 71)). As explained in the earlier moving papers, counsel for the Moving Defendants had been unavailable to prepare a timely response to the summary judgment motion due to serious health issues in his family. Due to continued complications, Moving Defendants did not file opposition papers on or before July 23. In an effort to correct that situation, Moving Defendants filed the Affidavit of Henry V. Rosciti and a Response in Opposition to the motion for summary judgment the next day. *See* Docket Nos. 78, 79. Due to the pressing situation, the opposition was perfunctory.

Counsel for Moving Defendants, Mr. DeAngelis, is presently unavailable due to preparations for his wedding to be held tomorrow (the undersigned counsel has only entered his appearance today). Mr. DeAngelis, who until today was the only counsel of record for Moving Defendants, is scheduled to return to the office next week. Accordingly, Moving Defendants respectfully ask that they be permitted until next Friday, August 1, 2008 to submit a more fulsome opposition to the motion for summary judgment. If this motion is granted, the Moving Defendants would seek to withdraw their previously-filed opposition.

The within request is being made out of necessity, and not for any purpose other than that the legal rights of Defendants, Henry V. Rosciti and A.H. R. Utility Corporation, may be protected.

WHEREFORE, for the foregoing reasons, Defendants Henry V. Rosciti and A.H. R. Utility Corporation respectfully request that this Court grant their supplemental motion for an extension of time to object or otherwise respond to Plaintiff's motion for summary

judgment, that this Court enter an Order, *nunc pro tunc*, enlarging the time within which Defendants Henry V. Rosciti and A.H. R. Utility Corporation may object to or otherwise respond to Plaintiff's pending motion for summary judgment by seven (7) days, *i.e.* through and including August 1, 2008.

Respectfully submitted,
HENRY V. ROSCITI and
A.H.R. UTILITY CORPORATION,
By their Attorneys,

/s/ Jeffrey M. Crudup

Joseph DeAngelis (#1395)
jdeangelis@apslaw.com
Jeffrey M. Crudup (#7721)
jcrudup@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: July 25, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July 2008, I electronically filed the within Defendants Henry V. Rosciti and A.H.R. Utility Corporation's Supplemental Motion to Enlarge Time to Object or Otherwise Respond to Plaintiff's Motion for Summary Judgment and the memorandum of law in support thereof with the court using the ECF system. The following counsel of record are registered with the court and will be served electronically through the ECF system:

Kevin C. Cain
kcain@peabodyarnold.com
Frederick E. Connelly, Jr.
fconnelly@peabodyarnold.com
John P. Connelly
jconnelly@peabodyarnold.com
Ronald E. Ritland
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

Christopher M. Mulhearn
cmulhearn@frlawri.com
W. Mark Russo
mrusso@frlawri.com
Ferrucci Russo P.C.
55 Pine Street
4th Floor
Providence, RI 02903-2841
455-1000
455-7778 (fax)

_/s/ Jeffrey M. Crudup__________

*462782_1*