# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE HANOVER INSURANCE GROUP,<br>Plaintiff | |
| vs. | C.A. No. 06-276ML |
| ANTHONY F. ROSCITI, JR., SHANNON<br>B. ROSCITI, HENRY V. ROSCITI, JR.<br>and AHR UTILITY CORPORATION,<br>Defendants. | **CONSOLIDATED WITH** |
| ANTHONY ROSCITI, JR.; and<br>SHANNON B. ROSCITI,<br>Plaintiffs | |
| vs. | C.A. No. 06-392ML |
| THE HANOVER INSURANCE GROUP,<br>Defendant | |

## AMENDED JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the October 7th, 2008 Order Granting the Hanover Insurance Group's Motions for Summary Judgment, judgment hereby enters for Plaintiff/Defendant The Hanover Insurance Group and against Defendants/Plaintiffs Anthony F. Rosciti, Jr., Shannon B. Rosciti and against Defendants Henry V. Rosciti, Jr. and AHR Utility Corporation in the amount of $2,112,008.81 plus prejudgment interest of $518,164.57 for a total amount of $2,630,173.38.

Enter:

_____
Deputy Clerk

Dated: March 16th, 2009